MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Proposed Counsel for Debtor in Possession,
Leslie Klein

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Leslie Klein,<br><br>    Debtor. | Case No. 2:23-bk-10990-SK<br><br>AP Case No.: 2:23-ap-01147-SK<br><br>Chapter 11<br><br>**FIRST AMENDED COMPLAINT FOR:** |
| Leslie Klein, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph Vago, and Erica Vago, individuals,<br><br>    Defendants. | **(1) AVOIDANCE OF PREFERENCE [11 U.S.C. § 547];**<br><br>**(2) RECOVERY OF AVOIDED TRANSFERS [11 U.S.C. § 550(a)]; AND**<br><br>**(3) AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS [11 U.S.C. § 551]** |

Leslie Klein, the Debtor and Debtor-in-Possession in the above-referenced chapter 11 bankruptcy case (the "Plaintiff" and/or the "Debtor") respectfully alleges and avers in his First Amended Complaint to avoid, recover and preserve avoided transfers, as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this adversary proceeding pursuant to 28

1

U.S.C. Sections 151, 157(b)(1), and 1334(a).

2.    This adversary proceeding is commenced pursuant to Rule 7001, <u>et seq.</u> of the Federal Rules of Bankruptcy Procedure and Sections 502, 547, 550, and 551 of 11 U.S.C. Section 101 <u>et seq.</u> (the "Bankruptcy Code").

3.    Venue in this Court is proper pursuant to 28 U.S.C. Section 1409(a) as this adversary proceeding arises under and in connection with a case under Title 11 which is pending in this District.

4.    This is a core proceeding as defined by 28 U.S.C. Section 157(b)(2)(A), (B), (F), and (O).

## PARTIES

5.    On February 22, 2023 (the "<u>Petition Date</u>"), Leslie Klein commenced his bankruptcy case by filing voluntary petition for relief under Title 11, Chapter 11 of the United States Code [Case No.: 2:23-bk-10990-SK] (the "<u>Bankruptcy Case</u>").

6.    Plaintiff brings this action in his capacity as the Debtor and Debtor-in-Possession in the Bankruptcy Case.

7.    Plaintiff is, and at all times mentioned herein, an individual residing in the County of Los Angeles, State of California.

8.    Plaintiff is informed and believes, and thereon alleges, that Defendants Joseph and Erica Vago (the "Vagos" or "<u>Defendants</u>") are, and at all times mentioned herein, residents of the County of Los Angeles, State of California.

9.    Plaintiff does not have personal knowledge of all the facts alleged in this Complaint and, therefore, alleges certain facts on information and belief. Plaintiff reserves

2

his right to amend this First Amended Complaint to allege additional claims against the Defendants and to challenge and recover transfers made to or for the benefit of the Defendants in addition to those transfers alleged in this First Amended Complaint.

10. On April 4, 2023, Defendants filed a Proof of Claim in Debtor's underlying Bankruptcy case asserting a prepetition claim in the sum of $24,880,721.51 as a secured claim by virtue of a Judgment on Special Verdict entered on December 2, 2022.

11. Plaintiff is informed and believes, and on that basis alleges thereon, that Defendants recorded the following Abstracts of Judgments and Notices of Judgment Liens within 90 days prior to the Petition Date, as follows:

a. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20221178779).

b. On January 12, 2023 Defendants recorded an Amended Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20230026369).

c. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Orange County Recorder's Office (Recording No.: 2022000409986).

d. On January 12, 2023 Defendants recorded a Notice of Judgment Lien in the Orange County Recorder's Office (Recording No.: 2023000009373).

e. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Riverside County Recorder's Office (Recording No.: 20220504784).

f. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Bernardino County Recorder's Office (Recording No.: 2023-

3

0009468).

    g.  On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Diego County Recorder's Office (Recording No.: 2023-0009943).

    h.  On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 202200016414).

    i.  On January 12, 2023, the Defendants recorded an Amended Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 2023000002104).

    j.  On January 12, 2023, the Defendants recorded a Notice of Judgment Lien in the State of California, with the Office of the Secretary of State in Sacramento (Recording No.: U230002837926).

(collectively referred to as the "Transfers").

    12.    Defendants were, at all times material hereto, creditors of the Debtor during the period commencing ninety (90) days prior to the Petition Date and concluding on the Petition Date and for whose benefit certain of the recoverable transfers alleged in this First Amended Complaint were made and/or an immediate or mediate transferee of such recoverable Transfers.

## GENERAL ALLEGATIONS

    13.    As set forth in **Exhibit-A**, which is attached hereto and specifically incorporated herein by reference, Plaintiff is informed and believes, and on that basis alleges thereon, that Defendants recorded the following Abstracts of Judgments and Notices of Judgment Liens within 90 days prior to the Petition Date, as follows:

4

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

a. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20221178779).

b. On January 12, 2023 Defendants recorded an Amended Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20230026369).

c. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Orange County Recorder's Office (Recording No.: 2022000409986).

d. On January 12, 2023 Defendants recorded a Notice of Judgment Lien in the Orange County Recorder's Office (Recording No.: 2023000009373).

e. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Riverside County Recorder's Office (Recording No.: 20220504784).

f. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Bernardino County Recorder's Office (Recording No.: 2023-0009468).

g. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Diego County Recorder's Office (Recording No.: 2023-0009943).

h. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 202200016414).

i. On January 12, 2023, the Defendants recorded an Amended Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 2023000002104).

j. On January 12, 2023, the Defendants recorded a Notice of Judgment Lien in

5

1    the State of California, with the Office of the Secretary of State in

2    Sacramento (Recording No.: U230002837926).

3    (collectively referred to as the "Transfers").

4          14.      All of the above listed Abstracts of Judgment and Notices of Judgment Liens

5
6    (the "Transfers") were recorded and filed to perfect a security interest within the ninety-

7    day preference period created by 11 U.S.C. § 547. Defendants' action of recording the

8    Abstracts of Judgment and Notices of Judgment Lien constitute transfers of property to or

9    for the benefit of the Defendants within the ninety (90) days prior to the Petition Date.

10

11          15.      Plaintiff is informed and believes, and on that basis alleges thereon, that prior

12    to receiving the Transfers, the Plaintiff-Debtor was indebted to the Defendants. After such

13    debt was created, the Defendants made the Transfers on account of those obligations. As

14    such, the Transfers were payment on account of antecedent debt owed by the Plaintiff-

15    Debtor to the Defendants.

16

17    **FIRST CLAIM FOR RELIEF**

18    [FOR AVOIDANCE OF PREFERENTIAL TRANSFER – 11 U.S.C. §547(b)]

19          16.      Plaintiff re-alleged and incorporates by this reference each and every

20
21    allegation set forth in paragraphs 1 through 15, inclusive, as though fully set forth herein.

22          17.      Plaintiff is informed and believes, and on that basis alleges thereon, that the

23    Transfers were of a property interest of the Plaintiff-Debtor.

24          18.      Plaintiff is informed and believes, and on that basis alleges thereon, that the

25
26    Transfers were made to or for the benefit of Defendants at a time in which Defendants

27    were creditors of the Plaintiff-Debtor, as the term "creditor" is defined by 11 U.S.C.

28
              6

Section 101(10).

19.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers were for or on account of an antecedent debt owed by the Plaintiff-Debtor to Defendants before such Transfers were made.

20.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers were made while the Plaintiff-Debtor was insolvent.

21.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers enabled Defendants to receive more than Defendants would otherwise have received if (a) Plaintiff-Debtor's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) the Transfers had not been made; and (c) Defendants received payment of such debt to the extend provided by the provisions of the Bankruptcy Code.

22.    The Transfers may be avoided pursuant to 11 U.S.C. §547(b).

23.    Interest on the Transfers has accrued and continues to accrue from the date the Transfers were made.

24.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §547(b) that the Transfers are avoided pursuant to 11 U.S.C. §547(b).

## SECOND CLAIM FOR RELIEF

[FOR RECOVERY OF AVOIDED TRANSFER - 11 U.S.C. § 550]

25.    Plaintiff re-alleged and incorporates by this reference each and every allegation set forth in paragraphs 1 through 24, inclusive, as though fully set forth herein.

26.    Plaintiff is informed and believes and, based upon such information and belief, alleges that Defendants were the initial transferees of the Transfers, or the entity for

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

1    whose benefit the Transfers were made, or are the immediate or mediate transferees of the

2    initial transferee receiving such Transfers, or any of them.

3         27.    Pursuant to 11 U.S.C. §550, upon avoidance of the Transfers under the First

4    Claim for Relief alleged herein, Plaintiff is entitled to avoid the Transfers under 11 U.S.C.

5    §547(b) and to recover the value of the property transferred under the Transfers and/or the

6

7    amount of the Transfers, together with interest thereon at the maximum legal rate from the

8    date of the Transfers, as set forth above.

9         28.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §550 that the

10   Transfers are avoided and recovered for the benefit of the Plaintiff-Debtor's bankruptcy

11

12   estate.

13                              **THIRD CLAIM FOR RELIEF**

14           [FOR PRESERVATION OF AVOIDED TRANSFER – 11 U.S.C. §551]

15

16        29.    Plaintiff re-alleged and incorporates by this reference each and every

17   allegation set forth in paragraphs 1 through 28, inclusive, as though fully set forth herein.

18        30.    Pursuant to 11 U.S.C. §551, Plaintiff is entitled to preserve any of the

19   Transfers avoided under the First Claim for Relief alleged herein for the benefit of the

20

21   Plaintiff-Debtor's bankruptcy estate pursuant to 11 U.S.C. §551.

22        31.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §551 that the

23   Transfers are preserved for the benefit of the Plaintiff-Debtor's bankruptcy estate.

24   ///

25   ///

26   ///

27   ///

28

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment on this First Amended Complaint, as it may be amended from time to time, as follows:

1.      For avoidance of the Transfers under 11 U.S.C. §547(b);

2.      For recovery from Defendants by Plaintiff of the value of the property transferred under the Transfers and/or the amount of the Transfers under 11 U.S.C. §550;

3.      For preservation of avoided Transfers for the Plaintiff-Debtor's bankruptcy estate;

4.      Attorney's fees, costs and expenses, to the extent recoverable under applicable law and the evidence submitted to the Bankruptcy Court; and

5.      For such other and further relief as the Court deems just and proper.

Dated: May 12, 2023                          LAW OFFICES OF MICHAEL JAY BERGER


                                                    By: _____
                                                    MICHAEL JAY BERGER
                                                    Proposed Attorney for Plaintiff
                                                    Leslie Klein

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "A"

27
28

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

**Fill in this information to identify the case:**

Debtor 1        LESLIE KLEIN

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number   2:23-10990-SK

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

ERICA VAGO and JOSEPH VAGO
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Brian A. Procel / Procel Law, PC
Name

401 Wilshire Blvd, 12th Floor
Number        Street

Santa Monica        CA        90401
City        State        ZIP Code

Contact phone  424-788-4538

Contact email  brian@procel-law.com

**Where should payments to the creditor be sent? (if different)**

Brian A. Procel / Procel Law, PC
Name

401 Wilshire Blvd, 12th Floor
Number        Street

Santa Monica        CA        90401
City        State        ZIP Code

Contact phone  424-788-4538

Contact email  brian@procel-law.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ _____24,880,721.51 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

State Court Judgment on Special Verdict

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Exhibit 1 Judgment; Exhibit 2 Abstracts, etc.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) 10.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☑ No

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03 / 03 / 2023
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Brian A. Procel |
|---|---|
| | First name          Middle name          Last name |
| Title | Counsel for Claimant |
| Company | Procel Law, PC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 401 Wilshire Blvd, 12th Floor |
| | Number          Street |
| | Santa Monica          CA     90401 |
| | City          State     ZIP Code |
| Contact phone | 424-788-4538 |
| | Email brian@procel-law.com |

Official Form 410                         Proof of Claim                         page 3

# EXHIBIT 1

# EXHIBIT 1

## INTEREST CALCULATION ATTACHMENT TO PROOF OF CLAIM

| | |
|---|---|
| Amount of Judgment: | $24,334,038.99 (see pp. 22 and  27 of |
| Exhibit 1) | |
| Days between entry of judgment and Petition Date: | 82 |
| Post-judgment rate of interest: | 10% |
| Post-judgment interest as of Petition Date: | $546,682.52 |
| **Total Amount of Claim as of Petition Date:** | **$24,880,721.51** |

Electronically Received 11/15/2022 10:32 AM

Electronically Received 11/15/2022 10:32 AM

1 | BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
2 | PROCEL LAW, PC
401 Wilshire Boulevard
3 | 12th Floor
Santa Monica, California 90401
4 | Telephone:    (424) 788-4538

5 | Attorneys for Plaintiffs
ERICA VAGO and JOSEPH VAGO

6

7

**FILED**
Superior Court of California
County of Los Angeles

**12/02/2022**

Sheri R. Carter, Executive Officer / Clerk of Court

By: _____ M. Ventura    Deputy

8 | ### SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | ### COUNTY OF LOS ANGELES, CENTRAL DISTRICT

10

11 | ERICA VAGO and JOSEPH VAGO,

12 |        Plaintiffs,

13 |        v.

14 | LESLIE KLEIN; LES KLEIN &
ASSOCIATES, INC.; KENNETH KOLEV
15 | KLEIN; and LAW OFFICE OF KENNETH
KLEIN, P.C.,
16

17 |        Defendants.

**CASE NO. 20STCV25050**

[PROPOSED] JUDGMENT ON SPECIAL
VERDICT

Assigned for All Purposes to:
Hon. Terry A. Green, Dept. 14

Action Filed:    July 1, 2020
Trial Date:    August 29, 2022

18

19

20

21

22

23

24

25

26

27

28

1        This action came on regularly for trial on August 29, 2022, in Department 14 of the

2 Superior Court, the Honorable Terry A. Green, Judge Presiding;

3        Plaintiffs Erica and Joseph Vago (collectively, "Plaintiffs") appearing by attorney Brian

4 Procel , Esq.; and Defendants Leslie Klein and Les Klein & Associates, Inc. (collectively,

5 "Defendants") appearing by attorney Jeffrey Slott.

6        A jury of twelve (12) persons was regularly impaneled and sworn and agreed to try the

7 cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel,

8 the jury was duly instructed by the Court and the cause was submitted to the jury with directions

9 to return a special verdict. The jury deliberated and thereafter returned to court with its special

10 verdict submitted to the jury and the answers given thereto by the jury, which verdict was in words

11 and figures as follows, to wit:

12

13       **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

14           **(BY ERICA VAGO AGAINST DEFENDNTS)**

15

16     1.   Was Mr. Klein's conduct outrageous?

17        __X___ Yes   _____ No

18        If your answer to question 1 is yes, then answer question 2. If you answered no,

19        stop here, answer no further questions, and have the presiding juror sign and date

20        this form.

21     2.   Did Mr. Klein intend to cause Erica Vago emotional distress?

22        _____ Yes   ___X__ No

23        If your answer to question 2 is yes, then answer question 4. If you answered no, go

24        to question 3.

25     3.   Did Mr. Klein act with reckless disregard of the probability that Erica Vago would

26        suffer emotional distress, knowing that Erica Vago was present when the conduct

27        occurred?

28        __X___ Yes   _____ No

1       If your answer to question 3 is yes, then answer question 4. If you answered no,

2       stop here, answer no further questions, and have the presiding juror sign and date

3       this form.

4      4.  Did Erica Vago suffer severe emotional distress?

5             _____ Yes   __X___ No

6       If your answer to question 4 is yes, then answer question 5. If you answered no,

7       stop here, answer no further questions, and have the presiding juror sign and date

8       this form.

9      5.  Was Mr. Klein's conduct a substantial factor in causing Erica Vago's severe

10       emotional distress?

11             _____ Yes     _____ No

12       If your answer to question 5 is yes, then answer question 6. If you answered no,

13       stop here, answer no further questions, and have the presiding juror sign and date

14       this form.

15      6.  What are Erica Vago's damages for pain and suffering?

16       $  N/A

17

18                                TOTAL $

19                                  N/A

20

21    Signed:  _/Signature_____

22            Presiding Juror

23    Dated:  September 15, 2022

24

25

26

27

28

# INTENTIONAL MISREPRESENTATION

## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein make a false representation of a fact to Erica Vago?

   __X___ Yes _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein know that the representation was false, or did he make the representation recklessly and without regard for its truth?

   _X____ Yes _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Erica Vago reasonably rely on the representation?

   __X___ Yes _____ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Erica Vago's reliance on Mr. Klein's representation a substantial factor in causing harm to Erica Vago?

   __X___ Yes _____ No

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Erica Vago's economic damages?

   $ __8,300,000_____

1     Please answer question 6.

2     6.  What are Erica Vago's noneconomic damages for pain and suffering?

3     $ __0_____

4

5                       TOTAL $ 8,300,000

6

7     Signed: __/Signature_____

8               Presiding Juror

9     Dated: September 15, 2022

10                       **CONCEALMENT**

11           **(BY ERICA VAGO AGAINST DEFENDNTS)**

12

13     We answer the questions submitted to us as follows:

14     1.  Did Mr. Klein intentionally fail to disclose a fact that Erica Vago did not know and

15        could not reasonably have discovered?

16     _X___ Yes  _____No

17     If your answer to question 1 is yes, then answer question 2. If you answered no,

18     stop here, answer no further questions, and have the presiding juror sign and date

19     this form.

20     2.  Did Mr. Klein intend to deceive Erica Vago by concealing the fact?

21     __X___ Yes  _____No

22     If your answer to question 2 is yes, then answer question 3. If you answered no,

23     stop here, answer no further questions, and have the presiding juror sign and date

24     this form.

25     3.  Had the omitted information been disclosed, would Erica Vago reasonably have

26     behaved differently?

27     __X___ Yes  _____No

28

1  If your answer to question 3 is yes, then answer question 4. If you answered no,

2  stop here, answer no further questions, and have the presiding juror sign and date

3  this form.

4      4.  Was Mr. Klein's concealment a substantial factor in causing harm to Erica Vago?

5          __X___ Yes   _____ No

6  If your answer to question 4 is yes, then answer question 5. If you answered no,

7  stop here, answer no further questions, and have the presiding juror sign and date

8  this form.

9      5.  What are Erica Vago's economic damages?

10         $ 8,300,000

11         Please answer question 6.

12     6.  What are Erica Vago's noneconomic damages for pain and suffering?

13         $ _0_____

14

15                                                   TOTAL $ 8,300,000

16

17  Signed:    /Signature
                Presiding Juror
18

19  Dated:  September 15, 2022

20

21

22

23

24

25

26

27

28

**FALSE PROMISE**

**(BY ERICA VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1.  Did Mr. Klein make a promise to Erica Vago?

    __X___ Yes    _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  Did Mr. Klein intend to perform this promise when he made it?

    _X____ Yes    _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Did Mr. Klein intend that Erica Vago rely on this promise?

    _____ Yes    _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  Did Erica Vago reasonably rely on this promise?

    _____ Yes    _____ No

    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.  Did Mr. Klein fail to perform the promised act?

    _____ Yes    _____ No

1
2
3    If your answer to question 5 is yes, then answer question 6. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

4    6. Was Erica Vago's reliance on Mr. Klein's promise a substantial factor in causing
5    harm to Erica Vago?
6        _____ Yes        _____ No
7    If your answer to question 6 is yes, then answer question 7. If you answered no,
8    stop here, answer no further questions, and have the presiding juror sign and date
9    this form.
10   7. What are Erica Vago's economic damages?
11       $ _N/A_____
12   Please answer question 8.
13   8. What are Erica Vago's noneconomic damages for pain and suffering?
14       $ __N/A_____
15
16                                                   TOTAL $ _N/A_____
17
18   Signed: ___/Signature_____
                  Presiding Juror
19
20   Dated: September 15, 2022
21
22
23
24
25
26
27
28

**FINANCIAL ABUSE**

**(BY ERICA VAGO AGAINST DEFENDANTS)**

We answer the questions submitted to us as follows:

1.  Did Mr. Klein retain Erica Vago's money or property?

    __X___ Yes    _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  Were Erica Vago 65 years of age or older at the time of the conduct?

    __X___ Yes    _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Did Mr. Klein retain the money or property for a wrongful use or with the intent to defraud?

    __X___ Yes    _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  Were Erica Vago harmed?

    __X___ Yes    _____ No

    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.  Was Mr. Klein's conduct a substantial factor in causing Erica Vago's harm?

    __X___ Yes    _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.  What are Erica Vago's economic damages?

$ 8,300,000

TOTAL $8,300,000

Signed:    /Signature
           Presiding Juror

Dated:  September 15, 2022

## PUNITIVE DAMAGES
## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

__X___ Yes  _____No

Signed:    /Signature
           Presiding Juror

Dated:  September 15, 2022

## PUNITIVE DAMAGES AGAINST EMPLOYER OR PRINCIPAL FOR CONDUCT
## OF A SPECIFIC AGENT OR EMPLOYEE
## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

__X___ Yes  _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Signed:   /Signature
              Presiding Juror

Dated:  September 15, 2022

## BREACH OF FIDUCIARY DUTY

## (BY ERICA VAGO AGAINST DEFENDNTS)

1.  Mr. Klein owed Erica Vago fiduciary duties to act with the utmost loyalty and honesty.

2.  Did Mr. Klein breach his fiduciary duties?

    __X__ Yes          _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Was Erica Vago harmed?

    __X__ Yes          _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  Was Mr. Klein's conduct a substantial factor in causing Erica Vago's harm?

    __X__ Yes          _____ No

    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.  What are Erica Vago's economic damages?

    $ 8,300,000

                                                    TOTAL $ 8,300,000

11

[PROPOSED] JUDGMENT

EXHIBIT "1"

Signed:  /Signature
         Presiding Juror

Dated: September 15, 2022

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## (BY JOSEPH VAGO AGAINST DEFENDNTS)

1.  Was Mr. Klein's conduct outrageous?

    a.  _X___ Yes   _____ No

    b.  If your answer to question 1 is yes, then answer question 2. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

2.  Did Mr. Klein intend to cause Joseph Vago emotional distress?

    a.  _____ Yes   __X__ No

    b.  If your answer to question 2 is yes, then answer question 4. If you answered
        no, go to question 3.

3.  Did Mr. Klein act with reckless disregard of the probability that Joseph Vago
    would suffer emotional distress, knowing that Joseph Vago was present when the
    conduct occurred?

    a.  __X___ Yes   _____ No

    b.  If your answer to question 3 is yes, then answer question 4. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

4.  Did Joseph Vago suffer severe emotional distress?

    a.  __X___ Yes   _____ No

    b.  If your answer to question 4 is yes, then answer question 5. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

12
EXHIBIT 5
104

[PROPOSED] JUDGMENT                                    Page 13 of 25

5.  Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's severe emotional distress?

    a.  _X___ Yes   _____ No

    b.  If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.  What are Joseph Vago's damages for pain and suffering?

    a.  $ 400,000

                                                    TOTAL $400,000

Signed:   /Signature
                 Presiding Juror

Dated:  September 15, 2022

## INTENTIONAL MISREPRESENTATION
## (BY JOSEPH VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein make a false representation of a fact to Joseph Vago?

    a.  __X__ Yes   _____ No

    b.  If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  Did Mr. Klein know that the representation was false, or did he make the representation recklessly and without regard for its truth?

    a.  _X____ Yes   _____ No

b.  If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Did Joseph Vago reasonably rely on the representation?

    a.  __X__ Yes   _____ No

    b.  If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  Was Joseph Vago's reliance on Mr. Klein's representation a substantial factor in causing harm to Joseph Vago?

    a.  __X__ Yes   _____ No

    b.  If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.  What are Joseph Vago's economic damages?

    a.  $ __0_____

    b.  Please answer question 6.

6.  What are Joseph Vago's noneconomic damages for pain and suffering?

    a.  $ __0_____

TOTAL $___0_____

Signed:  __/Signature_____
         Presiding Juror

Dated:  September 15, 2022

**CONCEALMENT**
**(BY JOSEPH VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1. Did Mr. Klein intentionally fail to disclose a fact that Joseph Vago did not know
   and could not reasonably have discovered?

   a.  _X____ Yes    _____ No

   b.  If your answer to question 1 is yes, then answer question 2. If you answered
       no, stop here, answer no further questions, and have the presiding juror sign
       and date this form.

2. Did Mr. Klein intend to deceive Joseph Vago by concealing the fact?

   a.  __X___ Yes    _____ No

   b.  If your answer to question 2 is yes, then answer question 3. If you answered
       no, stop here, answer no further questions, and have the presiding juror sign
       and date this form.

3. Had the omitted information been disclosed, would Joseph Vago reasonably have
   behaved differently?

   a.  __X___ Yes    _____ No

   b.  If your answer to question 3 is yes, then answer question 4. If you answered
       no, stop here, answer no further questions, and have the presiding juror sign
       and date this form.

4. Was Mr. Klein's concealment a substantial factor in causing harm to Joseph Vago?

   a.  __X___ Yes    _____ No

   b.  If your answer to question 4 is yes, then answer question 5. If you answered
       no, stop here, answer no further questions, and have the presiding juror sign
       and date this form.

5. What are Joseph Vago's economic damages?

   a.  $____0_____

   b.  Please answer question 6.

6. What are Joseph Vago's noneconomic damages for pain and suffering?

   a.  $ __0_____

TOTAL $____0_____

Signed:    /Signature_____
                 Presiding Juror

Dated:  September 15, 2022

## FALSE PROMISE

## (BY JOSEPH VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein make a promise to Joseph Vago?

    a.   _X__ Yes    _____ No

    b.  If your answer to question 1 is yes, then answer question 2. If you answered
         no, stop here, answer no further questions, and have the presiding juror sign
         and date this form.

2.  Did Mr. Klein intend to perform this promise when he made it?

    a.   _X___ Yes    _____ No

    b.  If your answer to question 2 is yes, then answer question 3. If you answered
         no, stop here, answer no further questions, and have the presiding juror sign
         and date this form.

3.  Did Mr. Klein intend that Joseph Vago rely on this promise?

    a.   _____ Yes    _____ No

    b.  If your answer to question 3 is yes, then answer question 4. If you answered
         no, stop here, answer no further questions, and have the presiding juror sign
         and date this form.

4.  Did Joseph Vago reasonably rely on this promise?

    a.   _____ Yes    _____ No

1    b. If your answer to question 4 is yes, then answer question 5. If you answered

2       no, stop here, answer no further questions, and have the presiding juror sign

3       and date this form.

4

5  5. Did Mr. Klein fail to perform the promised act?

6     a. _____ Yes     _____ No

7     b. If your answer to question 5 is yes, then answer question 6. If you answered

8        no, stop here, answer no further questions, and have the presiding juror sign

9        and date this form.

10  6. Was Joseph Vago's reliance on Mr. Klein's promise a substantial factor in causing

11     harm to Joseph Vago?

12     a. _____ Yes     _____ No

13     b. If your answer to question 6 is yes, then answer question 7. If you answered

14        no, stop here, answer no further questions, and have the presiding juror sign

15        and date this form.

16  7. What are Joseph Vago's economic damages?

17     a. $ _N/A_____

18     b. Please answer question 8.

19  8. What are Joseph Vago's noneconomic damages for pain and suffering?

20     a. $ __N/A_____

21

22                                    TOTAL $ _N/A_____

23

24  Signed: __/Signature_____

25            Presiding Juror

26  Dated: September 15, 2022

27

28

17

[PROPOSED] JUDGMENT

EXHIBIT "1"

### FINANCIAL ABUSE

### (BY JOSEPH VAGO AGAINST DEFENDANTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein retain Joseph Vago's money or property?

    a. _____ Yes   __X__ No

    b. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Were Joseph Vago 65 years of age or older at the time of the conduct?

    a. _____ Yes   _____ No

    b. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Mr. Klein retain the money or property for a wrongful use or with the intent to defraud?

    a. _____ Yes   _____ No

    b. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Were Joseph Vago harmed?

    a. _____ Yes   _____ No

    b. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's harm?

    a. _____ Yes   _____ No

b. If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. What are Joseph Vago's economic damages?

a. $___N/A_____

TOTAL $__N/A____

Signed: ___/Signature_____
          Presiding Juror

Dated: September 15, 2022

**PUNITIVE DAMAGES**

**(BY JOSEPH VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1. Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

a. __X___ Yes   _____ No

Signed: ___/Signature_____
          Presiding Juror

Dated: September 15, 2022

**PUNITIVE DAMAGES AGAINST EMPLOYER OR PRINCIPAL FOR CONDUCT OF A SPECIFIC AGENT OR EMPLOYEE**

**(BY JOSEPH VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1. Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

a. __X___ Yes   _____ No

19

[PROPOSED] JUDGMENT
EXHIBIT "1"

1    b. If your answer to question 1 is yes, then answer question 2. If you answered

2    no, stop here, answer no further questions, and have the presiding juror sign

3    and date this form.

4

5    Signed:    /Signature
      Presiding Juror

6

7    Dated:  September 15, 2022

8                           **BREACH OF FIDUCIARY DUTY**

9                    **(BY JOSEPH VAGO AGAINST DEFENDNTS)**

10

11    1. Mr. Klein owed Joseph Vago fiduciary duties to act with the utmost loyalty and

12        honesty.

13    2. Did Mr. Klein breach his fiduciary duties?

14        a.    __X___ Yes         _____ No

15        b. If your answer to question 2 is yes, then answer question 3. If you answered no,

16            stop here, answer no further questions, and have the presiding juror sign and

17            date this form.

18    3. Was Joseph Vago harmed?

19        a.    __X___ Yes         _____ No

20        b. If your answer to question 3 is yes, then answer question 4. If you answered no,

21            stop here, answer no further questions, and have the presiding juror sign and

22            date this form.

23    4. Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's harm?

24        a.    __X___ Yes         _____ No

25        b. If your answer to question 4 is yes, then answer question 5. If you answered no,

26            stop here, answer no further questions, and have the presiding juror sign and

27            date this form.

28    5. What are Joseph Vago's economic damages?

20

1        a.  $____0_____

2

3                                      i.  TOTAL $____0_____

4

5    Signed:   /Signature_____

6               Presiding Juror

7    Dated:  September 15, 2022

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT
EXHIBIT "1"

1    It appearing by reason of said special verdict that Plaintiff Erica Vago is entitled to

2  judgment against Defendants Leslie Klein and Leslie Klein & Associates.

3    NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Erica

4  Vago shall have and recover from Defendants, jointly and severally:

5    1.    Compensatory damages in the sum of $8,300,000;

6    2.    Prejudgment interest at the rate of 7 (seven) percent in the amount of

7        $7,334,038.99;

8    3.    Punitive damages in the sum of $8,300,000,

9    4.    And interest thereon at the rate of ten percent per annum from the date of the

10  verdict until paid together with costs and disbursements.

11

12    It further appearing by reason of said special verdict that Plaintiff Joseph Vago is entitled

13  to judgment against Defendants Leslie Klein and Leslie Klein & Associates.

14    NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Joseph

15  Vago shall have and recover from Defendants, jointly and severally:

16    1.    $400,000 for emotional distress

17    2.    And interest thereon at the rate of ten percent per annum from the date of the

18  verdict until paid together with costs and disbursements.

19

20    The total amount of the judgment against Defendants jointly and severally is

21  **$24,334,038.99**.

22                                    **Terry Green**

23  Dated: ___12/02/2022___

24                                    Terry Green / Judge

25                                    Hon. Terry Green
                                      Judge of the Superior Court

26

27

28

---

[PROPOSED] JUDGMENT                                    Page 23 of 25

114

1   DATED:  November 15, 2022              PROCEL LAW, PC

2

3

4                                          By:
                                              _____
5                                              BRIAN PROCEL
                                               Attorneys for Plaintiffs
6                                              JOSEPH VAGO and ERICA VAGO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3
                             [PROPOSED] JUDGMENT
                             EXHIBIT "1"                        Page 24 of 25

1

2

3                                          **PROOF OF SERVICE**

4    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

5          At the time of service, I was over 18 years of age and not a party to this action. I am
     employed in the County of Los Angeles, State of California. My business address 40 1 Wilshire
6    Boulevard, 12th Floor, Santa Monica, California 90401.

7          On November 15, 2022, I served true copies of the following document(s) described as:

8          **[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

9    on the interested parties in this action as follows:

10                                         **SERVICE LIST**

11       Jeffrey A. Slott                              *Attorneys for Defendants*
         LAW OFFICES OF JEFFREY A. SLOTT, APC
12       15760 Ventura Blvd., Suite 1600               LESLIE KLEIN and
         Encino, CA 91436                              LES KLEIN & ASSOCIATES, INC.
13       Telephone:    (818) 995-1955
         Facsimile:    (818) 995-0955
14       Email:        jslott@aol.com

15

16        **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address
     johnpark@procel-law.com to the person(s) at the e-mail address(es) listed in the Service List. I
17   did not receive, within a reasonable time after the transmission, any electronic message or other
     indication that the transmission was unsuccessful.

18        I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.
19

20        Executed on November 15, 2022, at Santa Monica, California.

21                                                     /s/ Brian Procel
                                                       Brian Procel
22

23

24

25

26

27

28

# EXHIBIT 2

# EXHIBIT 2



**This page is part of your document - DO NOT DISCARD**



## 20221178779



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**12/16/22 AT 02:57PM**

| | |
|---|---|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202212160200053

**00023052005**



013828596

**SEQ:**
**01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E13-202212150001263

EXHIBIT "2"

Page 1 of 31

FOR REFERENCE ONLY Filed 04/22 Desc Main Document    Page 32 of

2022 1178779

61

**RECORDING REQUESTED BY**
Procel Law, PC

**AND WHEN RECORDED MAIL DOCUMENT TO:**

NAME Brian Procel

STREET ADDRESS Procel Law, PC
401 Wilshire Blvd., 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

SPACE ABOVE FOR RECORDER'S USE ONLY

Abstract of Judgment

**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com
[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ⌐Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004 ⌐

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by    M. Nguyen    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 12/14/2022 05:20 PM

EXHIBIT "2"    Page 3 of 31

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO : |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. _____ Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "2"



**This page is part of your document - DO NOT DISCARD**

## 20230026369





**Pages:
0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/12/23 AT 03:35PM**

| | |
|---|---:|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202301120110082

**00023119645**



013868897

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E13-20230112  0026

EXHIBIT "2"

Page 5 of 31

FOR REFERENCE ONLY Filed 2023 0026369 Document   Page 36 of
61

RECORDING REQUESTED BY

Procel Law, PC

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  Brian Procel

STREET ADDRESS  Procel Law, PC
          401 Wilshire Blvd., 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

SPACE ABOVE FOR RECORDER'S USE ONLY

## Amended Abstract of Judgment

**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
| --- |
| After recording, return to:<br>Brian Procel (State Bar No. 218657)<br>Martin Pritikin (State Bar No. 210845)<br>PROCEL LAW, PC<br>401 Wilshire Boulevard, 12th Floor<br>Santa Monica, California 90401 |

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com

[×] ATTORNEY FOR    [×] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

| PLAINTIFF: JOSEPH VAGO, ET AL. | CASE NUMBER:<br>20STCV25050 |
| --- | --- |
| DEFENDANT: LESLIE KLEIN, ET AL. | |

| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS    [×] Amended | FOR COURT USE ONLY |
| --- | --- |

1. The [×] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ┌─────────────────────────┐
      │ Leslie Klein            │
      │ 322 N. June Street      │
      │ Los Angeles, CA 90004   │
      └─────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:          [×] Unknown
   c. Social security no. [last 4 digits]:  6944               [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [×] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [×] Information on additional judgment creditors is shown on page 2.

5. [×] Original abstract recorded in this county:
   Los Angeles
   a. Date:  December 16, 2022
   b. Instrument No.:  20221178779

   ▶    _____
        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*:  December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [×] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [×] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date)*:
01/12/2023

Clerk, by  M. Nguyen    , Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |
| --- | --- | --- |

*(left margin)* Electronically Received 01/11/2023 03:01 PM

| | |
|---|---|
| PLAINTIFF: JOSEPH VAGO, ET AL. <br> DEFENDANT: LESLIE KLEIN, ET AL. | COURT CASE NO.: <br> 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ___ Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"                    Page 8 of 31

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

**111.00**

```
*SR0014113202$*
```

**2022000409986 8:03 am 12/16/22**

**90 CR-SC06 A03    3**

**0.00 0.00 0.00 0.00 6.00 20.00 0.00 0075.00 3.00**

*THIS SPACE IS FOR RECORDERS USE ONLY*

---

Abstract of Judgment

**(Title of Document)**

**Per Government Code 27388.1(a)(1)** *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property."*

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property**

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: **(424) 788-4538**    FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com
[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

*FOR COURT USE ONLY*

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

1. The [X] judgment creditor    [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date):*
12/15/2022

Clerk, by    M. Nguyen    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

EXHIBIT "2"    Page 10 of 31

Electronically Received 12/14/2022 05:20 PM

| | |
|---|---|
| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.:<br>20STCV25050 |
| DEFENDANT:  LESLIE KLEIN, ET AL. | |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. _____ Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "2"

Case 2:23-ap-01147-SK   Doc 5   Filed 05/12/23   Entered 05/12/23 17:42:49   Desc
Main Document    Page 52 of 71

Case 2:23-bk-10990-SK    Claim 11    Filed 04/04/23 ~~Recorded in Official Records Orange County~~   Page 40 of
61    Hugh Nguyen, Clerk-Recorder

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

111.00

*$R0014152501$*

**2023000009373 3:06 pm 01/12/23**

227 NC-5 A03  3

0.00 0.00 0.00 0.00 6.00 20.00 0.000.00 75.00 3.00

*THIS SPACE IS FOR RECORDERS USE ONLY*

---

Amended Abstract of Judgment

**(Title of Document)**

**Per Government Code 27388.1(a)(1)** *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property."*

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property**

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538    FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com
[ x ] ATTORNEY FOR    [ x ] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ x ] **Amended**

*FOR COURT USE ONLY*

1. The [ x ] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

       Leslie Klein
       322 N. June Street
       Los Angeles, CA 90004

   b.  Driver's license no. [last 4 digits] and state:    [ x ] Unknown
   c.  Social security no. [last 4 digits]:  6944    [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       Leslie Klein
       322 N. June Street, Los Angeles, CA 90004

2. [ x ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

Date: January 11, 2023

Brian Procel
_____
(TYPE OR PRINT NAME)

4. [ x ] Information on additional judgment creditors is shown on page 2.

5. [ x ] Original abstract recorded in this county:
   Orange
   a.  Date:   December 16, 2022
   b.  Instrument No.:   2022000409986

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on *(date):*  December 2, 2022
   b.  Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [ x ] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date):*

12. a.  [ x ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

Clerk, by   M. Nguyen   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 01/11/2023 09.02 PM

EXHIBIT "2"

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.                 Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
    ☒ Unknown
Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.                 Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.                 Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.                 Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

Page 14 of 31

Case 2:23-bk-10990-SK    Claim 11    Filed 04/04/23    Desc Main Document    Page 45 of
61

DOC # 2022-0504784
12/16/2022 08:53 AM Fees: $105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

**Procel Law, PC**

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

**Brian Procel**

**Procel Law, PC**

**401 Wilshire Blvd., 12th Floor**

**Santa Monica, CA 90401**

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: NORMA #248

Space above this line for recorder's use only

## Abstract of Judgment

Title of Document

**TRA:**_____

**DTT:** _____

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EXHIBIT "2"                    Page 15 of 31

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. *(optional)*:
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com
[X] ATTORNEY    [X] JUDGMENT    [ ] ASSIGNEE
FOR         CREDITOR       OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address
   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:       [X] Unknown
   c. Social security no. [last 4 digits]:                  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: December 14, 2022
   Brian Procel
   *(TYPE OR PRINT NAME)*

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

Clerk, by M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 12/14/2022 05:20 PM

EXHIBIT "2"    Page 16 of 31

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.          Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:     ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1. 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

Page 17 of 31

RECORDING REQUESTED BY

Procel Law, PC

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME **Brian Procel**

STREET
ADDRESS **401 Wilshire Blvd., 12th Floor**

CITY, STATE &
ZIP CODE **Santa Monica, CA 90401**

Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

**DOC# 2023-0009468**

| 01/12/2023 | Titles: 1 | Pages: 3 |
| 03:35 PM | | |
| SAN | Fees | $32.00 |
| | Taxes | $ 0.00 |
| V0956 | CA SB2 Fee | $75.00 |
| | Total | $107.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## Abstract of Judgment

**Title of Document**

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective July 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

Reason for Exemption:

Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____of Official Records. (Cap. $225.00)

Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

Exempt from fee per GC 27388.1, not related to real property

**Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538        FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com
[☒] ATTORNEY     [☒] JUDGMENT     [ ] ASSIGNEE
    FOR              CREDITOR          OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

| CASE NUMBER: |
|---|
| 20STCV25050 |

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS     [ ] Amended

FOR COURT USE ONLY

1. The [☒] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       Leslie Klein
       322 N. June Street
       Los Angeles, CA 90004

   b.  Driver's license no. [last 4 digits] and state:              [☒] Unknown
   c.  Social security no. [last 4 digits]:  6944                   [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       Leslie Klein
       322 N. June Street, Los Angeles, CA 90004

2. [☒] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [☒] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ►_____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $24,334,038.99

7.  All judgment creditors and debtors are listed on this abstract.

8.  a.  Judgment entered on *(date):*  December 2, 2022
    b.  Renewal entered on *(date):*

9.  [ ] This judgment is an installment judgment.

[SEAL]

Davie W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [☒] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date):*

12. a.  [☒] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

Clerk, by  M. Nguyen                    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 01/11/2023 09:00 PM

EXHIBIT "2"

| PLAINTIFF: JOSEPH VAGO, ET AL.<br>DEFENDANT: LESLIE KLEIN, ET AL. | COURT CASE NO. :<br>20STCV2505 0 |
| --- | --- |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. _____ Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19. _____ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

FJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

DOC#  2023-0009943

Jan 12, 2023  03:06 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00   (SB2 Atkins: $75.00)

PAGES: 3

_THIS SPACE FOR RECORDER'S USE ONLY_

## Abstract of Judgment

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec Form #R25

EXHIBIT "2"

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538        FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com

| [x] ATTORNEY FOR | [x] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |

*FOR COURT USE ONLY*

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:          [x] Unknown
   c. Social security no. [last 4 digits]:  6944               [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:
   ▶                    _____
                        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

Clerk, by M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

EXHIBIT "2"

Electronically Received 01/11/2023 09:00 PM

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.               Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.               Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.               Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.               Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

County of Ventura County
Mark A. Lunn
**Ventura County Clerk-Recorder**

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
Procel Law, PC

AND WHEN RECORDED MAIL TO:
Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

**DOC# 2022000116414**

12/16/2022
Titles: 1    Pages:  3
10:52 AM
Total Fees: $137.00
CORRAE

eRecorded by CSC/Ingeo

**LIEN NOTICE MAILED**

Abstract of Judgment
(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee
imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to
the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an
owner-occupier *or* recorded concurrently "in connection with" a transfer of real
property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are
related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com
[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] Amended

*FOR COURT USE ONLY*

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street    **Lien Notice Mailed to Debtor at**
   Los Angeles, CA 90004    **address shown. Govt Code 27297.5**

   b. Driver's license no. [last 4 digits] and state:    [x] Unknown
   c. Social security no. [last 4 digits]:    [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ►_____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $24,334,038.99
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: December 2, 2022
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

Clerk, by    M. Nguyen    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

*Electronically Received 12/14/2022 05:20 PM*

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO. : |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.           Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

17.           Name and last known address

**Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:        ☒ Unknown

Social security no. [last 4 digits]:        ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

Driver's license no. [last 4 digits] and state:        ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.           Name and last known address

19.           Name and last known address

Driver's license no. [last 4 digits] and state:        ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:        ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS

Page 2 of 2

EXHIBIT "2"

Page 26 of 31

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

**Electronically Recorded in Official Records
County of Ventura County
Michelle Ascencion
Ventura County Clerk-Recorder**

## DOC# 2023000002104

01/12/2023
Titles: 1    Pages:  3
11:56 AM
Total Fees: $137.00
HERND

eRecorded by CSC/Ingeo

# LIEN NOTICE MAILED

Amended Abstract of Judgment

(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier *or* recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

**EJ-001**

Electronically Received 01/11/2023 09:05 PM

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL. NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com

[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

| | |
|---|---|
| PLAINTIFF: JOSEPH VAGO, ET AL. | CASE NUMBER:<br>20STCV25050 |
| DEFENDANT: LESLIE KLEIN, ET AL. | |

| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS    [x] Amended | *FOR COURT USE ONLY* |
|---|---|

1. The [x] judgment creditor    [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────────────────────┐
   │ Leslie Klein                                       │
   │ 322 N. June Street    **Lien Notice Mailed to Debtor at** │
   │ Los Angeles, CA 90004   **address shown. Govt Code 27297.5** │
   └─────────────────────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:    [x] Unknown
   c. Social security no. [last 4 digits]: 6944    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [x] Original abstract recorded in this county:
   Ventura
   a. Date: December 16, 2022
   b. Instrument No.: 2022000116414
   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
01/12/2023

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    David W. Slayton, Executive Officer/Clerk of Court
    Clerk, by    B. Portier    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

EXHIBIT "2"

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.     Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.         **Lien Notice Mailed to Debtor at**
Sherman Oaks, CA 91423    **address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:
                    ☒ Unknown

Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.     Name and last known address

Driver's license no. [last 4 digits] and state:
                    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.     Name and last known address

Driver's license no. [last 4 digits] and state:
                    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.     Name and last known address

Driver's license no. [last 4 digits] and state:
                    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1. 2014]

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS

Page 2 of 2

EXHIBIT "2"                          Page 29 of 31

U230002837926



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230002837926 |
| Date Filed: 1/12/2023 |

---

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | brian procel |
| Organization Name | procel law, PC |
| Phone Number | (424) 788-4538 |
| Email Address | brian@procel-law.com |
| Address | 400 WILSHIRE BOULEVARD 12TH FLOOR SANTA MONICA, CA 90401 |

---

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| leslie klein | 322 n. june street los angeles, CA 90004 |
| leslie klein & associates | 14245 ventura boulevard suite 301 sherman oaks, CA 91423 |

---

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| erica vago | 124 n. highland avenue los angeles, CA 90036 |
| joseph vago | 124 n. highland avenue los angeles, CA 90036 |

---

**Judgment Information:**

| | |
| --- | --- |
| A. Name of Court Where Judgment Was Entered | Los Angeles superior court |
| B. Title of the Action | vago v. klein |
| C. Case Number | 20STCV25050 |
| D. Date Judgment Was Entered | 12/02/2022 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

| | |
| --- | --- |
| F. Date of This Notice | 01/12/2023 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $24,334,038.99 |

---

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

---

**Declaration and Signature:**

| | |
| --- | --- |
| Declaration: | I am representing the legal firm that is the Attorney of Record for the Judgment Creditor. |
| Organization Name: | Procel Law, PC |

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

EXHIBIT "2"

*Brian procel*

*01/12/2023*

Sign Here

Date