Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929

310-271-6223

*Plaintiff or Attorney for Plaintiff*

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re:<br><br>Leslie Klein<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 2:23-ap-01147-SK |
| Leslie Klein<br><br>Plaintiff(s)<br>Versus<br>Joseph Vago<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **ANOTHER<br>SUMMONS AND NOTICE OF STATUS<br>CONFERENCE IN ADVERSARY<br>PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper-hand corner of this page. The deadline to file and serve a written response is **06/16/2023.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **August 9, 2023** |
| **Time:** | **09:00 AM** |
| **Hearing Judge:** | **Sandra R. Klein** |
| **Location:** | **255 E Temple St., Crtrm 1575, Los Angeles, CA 90012** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Alias Summons and Notice of Status Conference in Adversary Proceeding: May 17, 2023

By: _____"s/" Thais D. May_____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2016_                    Page 2                    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Leslie Klein | Joseph Vago<br>Erica Vago |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Proposed Counsel for Debtor in Possession,
Leslie Klein

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>Leslie Klein,<br><br>    Debtor.<br>—————————————————————<br>Leslie Klein, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph Vago, and Erica Vago, individuals,<br><br>    Defendants. | Case No. 2:23-bk-10990-SK<br><br>AP Case No.: 2:23-ap-01147-SK<br><br>Chapter 11<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>  **(1) AVOIDANCE OF PREFERENCE [11 U.S.C. § 547];**<br><br>  **(2) RECOVERY OF AVOIDED TRANSFERS [11 U.S.C. § 550(a)]; AND**<br><br>  **(3) AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS [11 U.S.C. § 551]** |

Leslie Klein, the Debtor and Debtor-in-Possession in the above-referenced chapter 11 bankruptcy case (the "Plaintiff" and/or the "Debtor") respectfully alleges and avers in his First Amended Complaint to avoid, recover and preserve avoided transfers, as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this adversary proceeding pursuant to 28

1

U.S.C. Sections 151, 157(b)(1), and 1334(a).

2.     This adversary proceeding is commenced pursuant to Rule 7001, <u>et seq.</u> of the Federal Rules of Bankruptcy Procedure and Sections 502, 547, 550, and 551 of 11 U.S.C. Section 101 <u>et seq.</u> (the "Bankruptcy Code").

3.     Venue in this Court is proper pursuant to 28 U.S.C. Section 1409(a) as this adversary proceeding arises under and in connection with a case under Title 11 which is pending in this District.

4.     This is a core proceeding as defined by 28 U.S.C. Section 157(b)(2)(A), (B), (F), and (O).

## **PARTIES**

5.     On February 22, 2023 (the "<u>Petition Date</u>"), Leslie Klein commenced his bankruptcy case by filing voluntary petition for relief under Title 11, Chapter 11 of the United States Code [Case No.: 2:23-bk-10990-SK] (the "<u>Bankruptcy Case</u>").

6.     Plaintiff brings this action in his capacity as the Debtor and Debtor-in-Possession in the Bankruptcy Case.

7.     Plaintiff is, and at all times mentioned herein, an individual residing in the County of Los Angeles, State of California.

8.     Plaintiff is informed and believes, and thereon alleges, that Defendants Joseph and Erica Vago (the "Vagos" or "<u>Defendants</u>") are, and at all times mentioned herein, residents of the County of Los Angeles, State of California.

9.     Plaintiff does not have personal knowledge of all the facts alleged in this Complaint and, therefore, alleges certain facts on information and belief. Plaintiff reserves

2

1  his right to amend this First Amended Complaint to allege additional claims against the

2  Defendants and to challenge and recover transfers made to or for the benefit of the

3  Defendants in addition to those transfers alleged in this First Amended Complaint.

4       10.    On April 4, 2023, Defendants filed a Proof of Claim in Debtor's underlying

5

6  Bankruptcy case asserting a prepetition claim in the sum of $24,880,721.51 as a secured

7  claim by virtue of a Judgment on Special Verdict entered on December 2, 2022.

8       11.    Plaintiff is informed and believes, and on that basis alleges thereon, that

9
   Defendants recorded the following Abstracts of Judgments and Notices of Judgment Liens
10
   within 90 days prior to the Petition Date, as follows:
11

12          a.  On December 16, 2022, the Defendants recorded an Abstract of Judgment in

13              the Los Angeles County Recorder's Office (Recording No.: 20221178779).

14
            b.  On January 12, 2023 Defendants recorded an Amended Abstract of
15
                Judgment in the Los Angeles County Recorder's Office (Recording No.:
16
17              20230026369).

18          c.  On December 16, 2022, the Defendants recorded an Abstract of Judgment in

19              the Orange County Recorder's Office (Recording No.: 2022000409986).
20
            d.  On January 12, 2023 Defendants recorded a Notice of Judgment Lien in the
21
22              Orange County Recorder's Office (Recording No.: 2023000009373).

23          e.  On December 16, 2022, the Defendants recorded an Abstract of Judgment in

24              the Riverside County Recorder's Office (Recording No.: 20220504784).
25
            f.  On January 12, 2023, the Defendants recorded an Abstract of Judgment in
26
27              the San Bernardino County Recorder's Office (Recording No.: 2023-

28                                        3

0009468).

g. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Diego County Recorder's Office (Recording No.: 2023-0009943).

h. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 202200016414).

i. On January 12, 2023, the Defendants recorded an Amended Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 2023000002104).

j. On January 12, 2023, the Defendants recorded a Notice of Judgment Lien in the State of California, with the Office of the Secretary of State in Sacramento (Recording No.: U230002837926).

(collectively referred to as the "Transfers").

12.    Defendants were, at all times material hereto, creditors of the Debtor during the period commencing ninety (90) days prior to the Petition Date and concluding on the Petition Date and for whose benefit certain of the recoverable transfers alleged in this First Amended Complaint were made and/or an immediate or mediate transferee of such recoverable Transfers.

## GENERAL ALLEGATIONS

13.    As set forth in **Exhibit-A**, which is attached hereto and specifically incorporated herein by reference, Plaintiff is informed and believes, and on that basis alleges thereon, that Defendants recorded the following Abstracts of Judgments and Notices of Judgment Liens within 90 days prior to the Petition Date, as follows:

4

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

a. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20221178779).

b. On January 12, 2023 Defendants recorded an Amended Abstract of Judgment in the Los Angeles County Recorder's Office (Recording No.: 20230026369).

c. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Orange County Recorder's Office (Recording No.: 2022O0409986).

d. On January 12, 2023 Defendants recorded a Notice of Judgment Lien in the Orange County Recorder's Office (Recording No.: 2023000O09373).

e. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Riverside County Recorder's Office (Recording No.: 20220504784).

f. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Bernardino County Recorder's Office (Recording No.: 2023-0009468).

g. On January 12, 2023, the Defendants recorded an Abstract of Judgment in the San Diego County Recorder's Office (Recording No.: 2023-0009943).

h. On December 16, 2022, the Defendants recorded an Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 202200016414).

i. On January 12, 2023, the Defendants recorded an Amended Abstract of Judgment in the Ventura County Recorder's Office (Recording No.: 2023000002104).

j. On January 12, 2023, the Defendants recorded a Notice of Judgment Lien in

5

the State of California, with the Office of the Secretary of State in

Sacramento (Recording No.: U230002837926).

(collectively referred to as the "Transfers").

14.    All of the above listed Abstracts of Judgment and Notices of Judgment Liens

(the "Transfers") were recorded and filed to perfect a security interest within the ninety-

day preference period created by 11 U.S.C. § 547.  Defendants' action of recording the

Abstracts of Judgment and Notices of Judgment Lien constitute transfers of property to or

for the benefit of the Defendants within the ninety (90) days prior to the Petition Date.

15.    Plaintiff is informed and believes, and on that basis alleges thereon, that prior

to receiving the Transfers, the Plaintiff-Debtor was indebted to the Defendants. After such

debt was created, the Defendants made the Transfers on account of those obligations. As

such, the Transfers were payment on account of antecedent debt owed by the Plaintiff-

Debtor to the Defendants.

## FIRST CLAIM FOR RELIEF

[FOR AVOIDANCE OF PREFERENTIAL TRANSFER – 11 U.S.C. §547(b)]

16.    Plaintiff re-alleged and incorporates by this reference each and every

allegation set forth in paragraphs 1 through 15, inclusive, as though fully set forth herein.

17.    Plaintiff is informed and believes, and on that basis alleges thereon, that the

Transfers were of a property interest of the Plaintiff-Debtor.

18.    Plaintiff is informed and believes, and on that basis alleges thereon, that the

Transfers were made to or for the benefit of Defendants at a time in which Defendants

were creditors of the Plaintiff-Debtor, as the term "creditor" is defined by 11 U.S.C.

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

Section 101(10).

19.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers were for or on account of an antecedent debt owed by the Plaintiff-Debtor to Defendants before such Transfers were made.

20.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers were made while the Plaintiff-Debtor was insolvent.

21.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Transfers enabled Defendants to receive more than Defendants would otherwise have received if (a) Plaintiff-Debtor's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) the Transfers had not been made; and (c) Defendants received payment of such debt to the extend provided by the provisions of the Bankruptcy Code.

22.    The Transfers may be avoided pursuant to 11 U.S.C. §547(b).

23.    Interest on the Transfers has accrued and continues to accrue from the date the Transfers were made.

24.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §547(b) that the Transfers are avoided pursuant to 11 U.S.C. §547(b).

## SECOND CLAIM FOR RELIEF

[FOR RECOVERY OF AVOIDED TRANSFER - 11 U.S.C. § 550]

25.    Plaintiff re-alleged and incorporates by this reference each and every allegation set forth in paragraphs 1 through 24, inclusive, as though fully set forth herein.

26.    Plaintiff is informed and believes and, based upon such information and belief, alleges that Defendants were the initial transferees of the Transfers, or the entity for

7

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

1  whose benefit the Transfers were made, or are the immediate or mediate transferees of the

2  initial transferee receiving such Transfers, or any of them.

3      27.    Pursuant to 11 U.S.C. §550, upon avoidance of the Transfers under the First

4  Claim for Relief alleged herein, Plaintiff is entitled to avoid the Transfers under 11 U.S.C.

5
6  §547(b) and to recover the value of the property transferred under the Transfers and/or the

7  amount of the Transfers, together with interest thereon at the maximum legal rate from the

8  date of the Transfers, as set forth above.

9      28.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §550 that the

10
11 Transfers are avoided and recovered for the benefit of the Plaintiff-Debtor's bankruptcy

12 estate.

13              **THIRD CLAIM FOR RELIEF**

14       [FOR PRESERVATION OF AVOIDED TRANSFER – 11 U.S.C. §551]

15
16     29.    Plaintiff re-alleged and incorporates by this reference each and every

17 allegation set forth in paragraphs 1 through 28, inclusive, as though fully set forth herein.

18     30.    Pursuant to 11 U.S.C. §551, Plaintiff is entitled to preserve any of the

19
20 Transfers avoided under the First Claim for Relief alleged herein for the benefit of the

21 Plaintiff-Debtor's bankruptcy estate pursuant to 11 U.S.C. §551.

22     31.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §551 that the

23 Transfers are preserved for the benefit of the Plaintiff-Debtor's bankruptcy estate.

24 ///

25 ///

26 ///

27 ///

28
                          8
       FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
          TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment on this First Amended Complaint, as it may be amended from time to time, as follows:

1.  For avoidance of the Transfers under 11 U.S.C. §547(b);

2.  For recovery from Defendants by Plaintiff of the value of the property transferred under the Transfers and/or the amount of the Transfers under 11 U.S.C. §550;

3.  For preservation of avoided Transfers for the Plaintiff-Debtor's bankruptcy estate;

4.  Attorney's fees, costs and expenses, to the extent recoverable under applicable law and the evidence submitted to the Bankruptcy Court; and

5.  For such other and further relief as the Court deems just and proper.

Dated: May 12, 2023                    LAW OFFICES OF MICHAEL JAY BERGER

By: _____
MICHAEL JAY BERGER
Proposed Attorney for Plaintiff
Leslie Klein

9

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

FIRST AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE, RECOVERY OF AVOIDED
TRANSFERS, AND AUTOMATIC PRESERVATION OF AVOIDED TRANSFERS

**Fill in this information to identify the case:**

Debtor 1    LESLIE KLEIN

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number   2:23-10990-SK

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

ERICA VAGO and JOSEPH VAGO
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Brian A. Procel / Procel Law, PC
Name

401 Wilshire Blvd, 12th Floor
Number      Street

Santa Monica        CA        90401
City              State        ZIP Code

Contact phone  424-788-4538

Contact email  brian@procel-law.com

Where should payments to the creditor be sent? (if different)

Brian A. Procel / Procel Law, PC
Name

401 Wilshire Blvd, 12th Floor
Number      Street

Santa Monica        CA        90401
City              State        ZIP Code

Contact phone  424-788-4538

Contact email  brian@procel-law.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on ___ / ___ / ____
              MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**  $ _____ 24,880,721.51 . **Does this amount include interest or other charges?**

    ☐ No

    ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

State Court Judgment on Special Verdict

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:**  Exhibit 1 Judgment; Exhibit 2 Abstracts, etc.

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**  $_____

    **Amount of the claim that is secured:**  $_____

    **Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**  $_____

    **Annual Interest Rate (when case was filed)** 10.00 %

    ☑ Fixed

    ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check all that apply:                                                                      Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under      $_____
11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for   $_____
personal, family, or household use. 11 U.S.C. § 507(a)(7)

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the   $_____
bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                        $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.                       $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 03 / 2023
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name        Brian A. Procel
            First name            Middle name            Last name

Title       Counsel for Claimant

Company     Procel Law, PC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     401 Wilshire Blvd, 12th Floor
            Number        Street

            Santa Monica                    CA        90401
            City                            State     ZIP Code

Contact phone   424-788-4538              Email  brian@procel-law.com

# EXHIBIT 1

# EXHIBIT 1

## INTEREST CALCULATION ATTACHMENT TO PROOF OF CLAIM

Amount of Judgment:                                                $24,334,038.99 (see pp. 22 and  27 of
Exhibit 1)

Days between entry of judgment and Petition Date:    82

Post-judgment rate of interest:    10%

Post-judgment interest as of Petition Date:    $546,682.52

**Total Amount of Claim as of Petition Date:**    **$24,880,721.51**

EXHIBIT "1"                       Page 1 of 25

Electronically Received 11/15/2022 10:32 AM

Electronically Received 11/15/2022 10:32 AM

1  BRIAN A. PROCEL (State Bar No. 218657)
   brian@procel-law.com
2  PROCEL LAW, PC
   401 Wilshire Boulevard
3  12th Floor
   Santa Monica, California 90401
4  Telephone:    (424) 788-4538

5  Attorneys for Plaintiffs
   ERICA VAGO and JOSEPH VAGO

6

7

**FILED**
Superior Court of California
County of Los Angeles

**12/02/2022**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ M. Ventura _____ Deputy

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9             **COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10

11  ERICA VAGO and JOSEPH VAGO,              **CASE NO. 20STCV25050**

12            Plaintiffs,                    [PROPOSED] **JUDGMENT ON SPECIAL**
                                            **VERDICT**
13        v.

14  LESLIE KLEIN; LES KLEIN &               Assigned for All Purposes to:
    ASSOCIATES, INC.; KENNETH KOLEV         Hon. Terry A. Green, Dept. 14
15  KLEIN; and LAW OFFICE OF KENNETH
    KLEIN, P.C.,                            Action Filed:    July 1, 2020
16                                          Trial Date:      August 29, 2022
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    This action came on regularly for trial on August 29, 2022, in Department 14 of the
2    Superior Court, the Honorable Terry A. Green, Judge Presiding;

3    Plaintiffs Erica and Joseph Vago (collectively, "Plaintiffs") appearing by attorney Brian
4    Procel , Esq.; and Defendants Leslie Klein and Les Klein & Associates, Inc. (collectively,
5    "Defendants") appearing by attorney Jeffrey Slott.

6    A jury of twelve (12) persons was regularly impaneled and sworn and agreed to try the
7    cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel,
8    the jury was duly instructed by the Court and the cause was submitted to the jury with directions
9    to return a special verdict. The jury deliberated and thereafter returned to court with its special
10   verdict submitted to the jury and the answers given thereto by the jury, which verdict was in words
11   and figures as follows, to wit:

12

13   ### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
14   ### (BY ERICA VAGO AGAINST DEFENDNTS)

15

16   1. Was Mr. Klein's conduct outrageous?

17   __X___ Yes _____ No

18   If your answer to question 1 is yes, then answer question 2. If you answered no,
19   stop here, answer no further questions, and have the presiding juror sign and date
20   this form.

21   2. Did Mr. Klein intend to cause Erica Vago emotional distress?

22   _____ Yes ___X__ No

23   If your answer to question 2 is yes, then answer question 4. If you answered no, go
24   to question 3.

25   3. Did Mr. Klein act with reckless disregard of the probability that Erica Vago would
26   suffer emotional distress, knowing that Erica Vago was present when the conduct
27   occurred?

28   __X___ Yes _____ No

1    If your answer to question 3 is yes, then answer question 4. If you answered no,

2    stop here, answer no further questions, and have the presiding juror sign and date

3    this form.

4    4.  Did Erica Vago suffer severe emotional distress?

5    _____ Yes  __X___ No

6    If your answer to question 4 is yes, then answer question 5. If you answered no,

7    stop here, answer no further questions, and have the presiding juror sign and date

8    this form.

9    5.  Was Mr. Klein's conduct a substantial factor in causing Erica Vago's severe

10    emotional distress?

11    _____ Yes    _____ No

12    If your answer to question 5 is yes, then answer question 6. If you answered no,

13    stop here, answer no further questions, and have the presiding juror sign and date

14    this form.

15    6.  What are Erica Vago's damages for pain and suffering?

16    $ __N/A_____

17

18                                    TOTAL $

19                                   __N/A_____

20

21    Signed:  __/Signature_____

22              Presiding Juror

23    Dated:  September 15, 2022

24

25

26

27

28

# INTENTIONAL MISREPRESENTATION

## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein make a false representation of a fact to Erica Vago?

   __X___ Yes   _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein know that the representation was false, or did he make the representation recklessly and without regard for its truth?

   _X____ Yes   _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Erica Vago reasonably rely on the representation?

   __X___ Yes   _____ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Erica Vago's reliance on Mr. Klein's representation a substantial factor in causing harm to Erica Vago?

   __X___ Yes   _____ No

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Erica Vago's economic damages?

   $ __8,300,000_____

4

Please answer question 6.

6. What are Erica Vago's noneconomic damages for pain and suffering?

$ __0_____

TOTAL $ 8,300,000

Signed: ___/Signature_____
          Presiding Juror

Dated: September 15, 2022

## CONCEALMENT
## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein intentionally fail to disclose a fact that Erica Vago did not know and could not reasonably have discovered?

  _X____ Yes  _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein intend to deceive Erica Vago by concealing the fact?

  __X___ Yes  _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Had the omitted information been disclosed, would Erica Vago reasonably have behaved differently?

  __X___ Yes  _____ No

1  |  If your answer to question 3 is yes, then answer question 4. If you answered no,
2  |  stop here, answer no further questions, and have the presiding juror sign and date
3  |  this form.

4. Was Mr. Klein's concealment a substantial factor in causing harm to Erica Vago?

__X___ Yes      _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

5. What are Erica Vago's economic damages?

$ 8,300,000

Please answer question 6.

6. What are Erica Vago's noneconomic damages for pain and suffering?

$ _0_____

TOTAL $ 8,300,000

Signed:    /Signature_____
           Presiding Juror

Dated: September 15, 2022

## FALSE PROMISE

## (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein make a promise to Erica Vago?

__X___ Yes _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

2. Did Mr. Klein intend to perform this promise when he made it?

_X____ Yes _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

3. Did Mr. Klein intend that Erica Vago rely on this promise?

_____ Yes _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

4. Did Erica Vago reasonably rely on this promise?

_____ Yes _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.

5. Did Mr. Klein fail to perform the promised act?

_____ Yes _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Was Erica Vago's reliance on Mr. Klein's promise a substantial factor in causing harm to Erica Vago?

_____ Yes        _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. What are Erica Vago's economic damages?

$ _N/A_____

Please answer question 8.

8. What are Erica Vago's noneconomic damages for pain and suffering?

$ __N/A_____

                                                          TOTAL $ _N/A_____

Signed:   __/Signature_____
                 Presiding Juror

Dated:  September 15, 2022

### FINANCIAL ABUSE

### (BY ERICA VAGO AGAINST DEFENDANTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein retain Erica Vago's money or property?

   __X___ Yes    _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Were Erica Vago 65 years of age or older at the time of the conduct?

   __X___ Yes    _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Mr. Klein retain the money or property for a wrongful use or with the intent to defraud?

   __X___ Yes    _____ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Were Erica Vago harmed?

   __X___ Yes    _____ No

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Mr. Klein's conduct a substantial factor in causing Erica Vago's harm?

   __X___ Yes    _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.  What are Erica Vago's economic damages?

$ 8,300,000

TOTAL $8,300,000

Signed:    /Signature
                  Presiding Juror

Dated: September 15, 2022

## PUNITIVE DAMAGES
### (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

__X__ Yes  _____ No

Signed:    /Signature
                  Presiding Juror

Dated: September 15, 2022

## PUNITIVE DAMAGES AGAINST EMPLOYER OR PRINCIPAL FOR CONDUCT OF A SPECIFIC AGENT OR EMPLOYEE
### (BY ERICA VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

__X__ Yes  _____ No

1              If your answer to question 1 is yes, then answer question 2. If you answered no,

2              stop here, answer no further questions, and have the presiding juror sign and date

3              this form.

4

5    Signed:   /Signature                         
                  Presiding Juror

6

7    Dated:  September 15, 2022

8                      **BREACH OF FIDUCIARY DUTY**

9                **(BY ERICA VAGO AGAINST DEFENDNTS)**

10

11   1.  Mr. Klein owed Erica Vago fiduciary duties to act with the utmost loyalty and honesty.

12   2.  Did Mr. Klein breach his fiduciary duties?

13      __X___ Yes     _____ No

14      If your answer to question 2 is yes, then answer question 3. If you answered no, stop

15      here, answer no further questions, and have the presiding juror sign and date this form.

16   3.  Was Erica Vago harmed?

17      __X___ Yes     _____ No

18      If your answer to question 3 is yes, then answer question 4. If you answered no, stop

19      here, answer no further questions, and have the presiding juror sign and date this form.

20   4.  Was Mr. Klein's conduct a substantial factor in causing Erica Vago's harm?

21      __X___ Yes     _____ No

22      If your answer to question 4 is yes, then answer question 5. If you answered no, stop

23      here, answer no further questions, and have the presiding juror sign and date this form.

24   5.  What are Erica Vago's economic damages?

25      $ 8,300,000

26

27                             TOTAL $ 8,300,000

28

Signed:    /Signature
         Presiding Juror

Dated: September 15, 2022

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## (BY JOSEPH VAGO AGAINST DEFENDNTS)

1. Was Mr. Klein's conduct outrageous?

    a.  _X___ Yes   _____ No

    b. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein intend to cause Joseph Vago emotional distress?

    a.  _____ Yes   __X__ No

    b. If your answer to question 2 is yes, then answer question 4. If you answered no, go to question 3.

3. Did Mr. Klein act with reckless disregard of the probability that Joseph Vago would suffer emotional distress, knowing that Joseph Vago was present when the conduct occurred?

    a.  __X___ Yes   _____ No

    b. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Joseph Vago suffer severe emotional distress?

    a.  __X___ Yes   _____ No

    b. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's severe emotional distress?

    a. _X___ Yes    _____ No

    b. If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. What are Joseph Vago's damages for pain and suffering?

    a. $ 400,000

TOTAL $400,000

Signed: ___/Signature_____
          Presiding Juror

Dated: September 15, 2022

### INTENTIONAL MISREPRESENTATION
### (BY JOSEPH VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein make a false representation of a fact to Joseph Vago?

    a. __X__ Yes    _____ No

    b. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein know that the representation was false, or did he make the representation recklessly and without regard for its truth?

    a. _X____ Yes    _____ No

b. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Joseph Vago reasonably rely on the representation?

    a. __X___ Yes _____ No

    b. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Joseph Vago's reliance on Mr. Klein's representation a substantial factor in causing harm to Joseph Vago?

    a. __X___ Yes _____ No

    b. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Joseph Vago's economic damages?

    a. $ __0_____

    b. Please answer question 6.

6. What are Joseph Vago's noneconomic damages for pain and suffering?

    a. $ __0_____

TOTAL $___0_____

Signed: ___/Signature_____
          Presiding Juror

Dated: September 15, 2022

## CONCEALMENT
### (BY JOSEPH VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1.  Did Mr. Klein intentionally fail to disclose a fact that Joseph Vago did not know
    and could not reasonably have discovered?

    a.  _X____ Yes    _____ No

    b.  If your answer to question 1 is yes, then answer question 2. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

2.  Did Mr. Klein intend to deceive Joseph Vago by concealing the fact?

    a.  __X___ Yes    _____ No

    b.  If your answer to question 2 is yes, then answer question 3. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

3.  Had the omitted information been disclosed, would Joseph Vago reasonably have
    behaved differently?

    a.  __X___ Yes    _____ No

    b.  If your answer to question 3 is yes, then answer question 4. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

4.  Was Mr. Klein's concealment a substantial factor in causing harm to Joseph Vago?

    a.  __X___ Yes    _____ No

    b.  If your answer to question 4 is yes, then answer question 5. If you answered
        no, stop here, answer no further questions, and have the presiding juror sign
        and date this form.

5.  What are Joseph Vago's economic damages?

    a.  $____0_____

    b.  Please answer question 6.

6.  What are Joseph Vago's noneconomic damages for pain and suffering?

    a.  $ __0_____

15

[PROPOSED] JUDGMENT

TOTAL $_____0_____

Signed:    /Signature_____
                Presiding Juror

Dated: September 15, 2022

## FALSE PROMISE

## (BY JOSEPH VAGO AGAINST DEFENDNTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein make a promise to Joseph Vago?

    a.   _X__ Yes   _____ No

    b. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Klein intend to perform this promise when he made it?

    a.   _X___ Yes   _____ No

    b. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Mr. Klein intend that Joseph Vago rely on this promise?

    a.   _____ Yes   _____ No

    b. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Joseph Vago reasonably rely on this promise?

    a.   _____ Yes   _____ No

1      b.  If your answer to question 4 is yes, then answer question 5. If you answered

2          no, stop here, answer no further questions, and have the presiding juror sign

3          and date this form.

4

5   5.  Did Mr. Klein fail to perform the promised act?

6      a.  _____ Yes      _____ No

7      b.  If your answer to question 5 is yes, then answer question 6. If you answered

8          no, stop here, answer no further questions, and have the presiding juror sign

9          and date this form.

10  6.  Was Joseph Vago's reliance on Mr. Klein's promise a substantial factor in causing

11      harm to Joseph Vago?

12      a.  _____ Yes      _____ No

13      b.  If your answer to question 6 is yes, then answer question 7. If you answered

14          no, stop here, answer no further questions, and have the presiding juror sign

15          and date this form.

16  7.  What are Joseph Vago's economic damages?

17      a.  $ _N/A_____

18      b.  Please answer question 8.

19  8.  What are Joseph Vago's noneconomic damages for pain and suffering?

20      a.  $ __N/A_____

21

22                                              TOTAL $ _N/A_____

23

24  Signed:  __/Signature_____
                Presiding Juror

25

26  Dated: September 15, 2022

27

28

### FINANCIAL ABUSE

### (BY JOSEPH VAGO AGAINST DEFENDANTS)

We answer the questions submitted to us as follows:

1. Did Mr. Klein retain Joseph Vago's money or property?

   a. _____ Yes   __X__ No

   b. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Were Joseph Vago 65 years of age or older at the time of the conduct?

   a. _____ Yes   _____ No

   b. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Mr. Klein retain the money or property for a wrongful use or with the intent to defraud?

   a. _____ Yes   _____ No

   b. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Were Joseph Vago harmed?

   a. _____ Yes   _____ No

   b. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's harm?

   a. _____ Yes   _____ No

18

b. If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. What are Joseph Vago's economic damages?

a. $\_\_N/A_____

TOTAL $\_\_N/A\_\_\_\_

Signed:  _/Signature_____
            Presiding Juror

Dated:  September 15, 2022

**PUNITIVE DAMAGES**

**(BY JOSEPH VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1. Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

a.  __X__ Yes  _____ No

Signed:  _/Signature_____
            Presiding Juror

Dated:  September 15, 2022

**PUNITIVE DAMAGES AGAINST EMPLOYER OR PRINCIPAL FOR CONDUCT OF A SPECIFIC AGENT OR EMPLOYEE**

**(BY JOSEPH VAGO AGAINST DEFENDNTS)**

We answer the questions submitted to us as follows:

1. Did Mr. Klein engage in the conduct with malice, oppression, or fraud?

a.  __X__ Yes  _____ No

1       b. If your answer to question 1 is yes, then answer question 2. If you answered

2          no, stop here, answer no further questions, and have the presiding juror sign

3          and date this form.

4

5  Signed:   /Signature

6         Presiding Juror

7  Dated: September 15, 2022

8             **BREACH OF FIDUCIARY DUTY**

9          **(BY JOSEPH VAGO AGAINST DEFENDNTS)**

10

11  1. Mr. Klein owed Joseph Vago fiduciary duties to act with the utmost loyalty and

12    honesty.

13  2. Did Mr. Klein breach his fiduciary duties?

14      a.   _X___ Yes    _____ No

15      b. If your answer to question 2 is yes, then answer question 3. If you answered no,

16         stop here, answer no further questions, and have the presiding juror sign and

17         date this form.

18  3. Was Joseph Vago harmed?

19      a.   _X___ Yes    _____ No

20      b. If your answer to question 3 is yes, then answer question 4. If you answered no,

21         stop here, answer no further questions, and have the presiding juror sign and

22         date this form.

23  4. Was Mr. Klein's conduct a substantial factor in causing Joseph Vago's harm?

24      a.   _X___ Yes    _____ No

25      b. If your answer to question 4 is yes, then answer question 5. If you answered no,

26         stop here, answer no further questions, and have the presiding juror sign and

27         date this form.

28  5. What are Joseph Vago's economic damages?

1        a.  $___0_____

2

3                              i.  TOTAL $____0_____

4

5    Signed:   /Signature_____

6               Presiding Juror

7    Dated:  September 15, 2022

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21

1      It appearing by reason of said special verdict that Plaintiff Erica Vago is entitled to

2 judgment against Defendants Leslie Klein and Leslie Klein & Associates.

3      NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Erica

4 Vago shall have and recover from Defendants, jointly and severally:

5     1.    Compensatory damages in the sum of $8,300,000;

6     2.    Prejudgment interest at the rate of 7 (seven) percent in the amount of

7         $7,334,038.99;

8     3.    Punitive damages in the sum of $8,300,000,

9     4.    And interest thereon at the rate of ten percent per annum from the date of the

10 verdict until paid together with costs and disbursements.

11

12      It further appearing by reason of said special verdict that Plaintiff Joseph Vago is entitled

13 to judgment against Defendants Leslie Klein and Leslie Klein & Associates.

14      NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Joseph

15 Vago shall have and recover from Defendants, jointly and severally:

16     1.    $400,000 for emotional distress

17     2.    And interest thereon at the rate of ten percent per annum from the date of the

18 verdict until paid together with costs and disbursements.

19

20      The total amount of the judgment against Defendants jointly and severally is

21 **$24,334,038.99**.

22

23 Dated:     12/02/2022

24

**Terry Green**

Terry Green / Judge

25     Hon. Terry Green
Judge of the Superior Court

26

27

28

1    DATED: November 15, 2022          PROCEL LAW, PC

2

3

4                                     By:  _____

5                                           BRIAN PROCEL
                                            Attorneys for Plaintiffs
6                                           JOSEPH VAGO and ERICA VAGO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
                    3
              [PROPOSED] JUDGMENT
              EXHIBIT "1"

1

2

3 **PROOF OF SERVICE**

4 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

5     At the time of service, I was over 18 years of age and not a party to this action. I am
employed in the County of Los Angeles, State of California. My business address 401 Wilshire
6 Boulevard, 12th Floor, Santa Monica, California 90401.

7     On November 15, 2022, I served true copies of the following document(s) described as:

8     **[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

9 on the interested parties in this action as follows:

10                          **SERVICE LIST**

11 Jeffrey A. Slott                   *Attorneys for Defendants*
    LAW OFFICES OF JEFFREY A. SLOTT, APC
12     15760 Ventura Blvd., Suite 1600        LESLIE KLEIN and
    Encino, CA 91436                 LES KLEIN & ASSOCIATES, INC.
13     Telephone:  (818) 995-1955
    Facsimile:   (818) 995-0955
14     Email:       jslott@aol.com

15

16     **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address
johnpark@procel-law.com to the person(s) at the e-mail address(es) listed in the Service List. I
17 did not receive, within a reasonable time after the transmission, any electronic message or other
indication that the transmission was unsuccessful.

18     I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
19

20     Executed on November 15, 2022, at Santa Monica, California.

21                            /s/ Brian Procel
                             Brian Procel
22

23

24

25

26

27

28

# EXHIBIT 2

# EXHIBIT 2



**This page is part of your document - DO NOT DISCARD**





## 20221178779



**Pages: 0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/16/22 AT 02:57PM**

| | |
|---|---|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202212160200053

00023052005



013828596

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E13-20221215000?263

EXHIBIT "2"                    Page 1 of 31

FOR REFERENCE ONLY Filed 04/22 1178779 Desc Main Document    Page 32 of 61

RECORDING REQUESTED BY

Procel Law, PC

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  Brian Procel

STREET ADDRESS  Procel Law, PC
401 Wilshire Blvd., 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

SPACE ABOVE FOR RECORDER'S USE ONLY

Abstract of Judgment

**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of
seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or
permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single
transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars
($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of
documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a
residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number).*
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)* brian@procel-law.com
[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date):*
12/15/2022

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by M. Nguyen _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 12/14/2022 05:20 PM

EXHIBIT "2"    Page 3 of 31

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:   ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2



**This page is part of your document - DO NOT DISCARD**





## 20230026369

**Pages:
0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/12/23 AT 03:35PM**

| | |
|---|---:|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202301120110082

**00023119645**



013868897

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E13-2023011200?0026

Page 5 of 31

E348170

EXHIBIT "2"

FOR REFERENCE ONLY Filed 04/23 Document   Page 36 of
61

RECORDING REQUESTED BY

Procel Law, PC

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  Brian Procel

STREET ADDRESS  Procel Law, PC
401 Wilshire Blvd , 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

SPACE ABOVE FOR RECORDER'S USE ONLY

## Amended Abstract of Judgment

**Title of Document**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

EXHIBIT "2"                                    Page 6 of 31

**EJ-001**

---

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538      FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com

[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

**PLAINTIFF:** JOSEPH VAGO, ET AL.
**DEFENDANT:** LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**      [x] Amended

*FOR COURT USE ONLY*

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ```
   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004
   ```

   b. Driver's license no. [last 4 digits] and state:      [x] Unknown
   c. Social security no. [last 4 digits]:  6944      [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.
5. [x] Original abstract recorded in this county:
      Los Angeles
   a. Date:  December 16, 2022
   b. Instrument No.:  20221178779

   ▶ _____
      (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*:  December 2, 2022
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date)*:
01/12/2023

Clerk, by  M. Nguyen  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 01/11/2023 09:01 PM

EXHIBIT "2"      Page 7 of 31

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ___ Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

111.00

*$R00141113202$*

2022000409986 8:03 am 12/16/22

90 CR-SC06 A03  3

0.00 0.00 0.00 0.00 6.00 20.00 0.000.0075.00 3.00

*THIS SPACE IS FOR RECORDERS USE ONLY*

---

Abstract of Judgment

**(Title of Document)**

**Per Government Code 27388.1(a)(1)** *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property. "*

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property**

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS (Optional): brian@procel-law.com
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

Date: December 14, 2022
Brian Procel
                    (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:
                    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): December 2, 2022
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on (date):
12/15/2022

Clerk, by M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 12/14/2022 05:20 PM

EXHIBIT "2"

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13.  Judgment creditor *(name and address)*:
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14.  Judgment creditor *(name and address)*:

15.  ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.                Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:  ☒ Unknown

Summons was personally served at or mailed to *(address)*:
322 N. June Street
Los Angeles, CA 90004

17.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20.  ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"                                  Page 11 of 31

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

111.00

\* $ R 0 0 1 4 1 5 2 5 0 1 $ \*

**2023000009373 3:06 pm 01/12/23**

**227 NC-5 A03   3**

**0.00 0.00 0.00 0.00 6.00 20.00 0.00 0.00 75.00 3.00**

*THIS SPACE IS FOR RECORDERS USE ONLY*

Amended Abstract of Judgment

**(Title of Document)**

**Per Government Code 27388.1(a)(1)** *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property. "*

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"**

☐ **Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property**

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538     FAX NO. *(optional)*:
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com

| [x] ATTORNEY FOR | [x] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [x] Amended | *FOR COURT USE ONLY* |

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:      [x] Unknown
   c. Social security no. [last 4 digits]:  6944      [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

Date: January 11, 2023
Brian Procel
_____
(TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [x] Original abstract recorded in this county:
   Orange
   a. Date:   December 16, 2022
   b. Instrument No.:   2022000409986

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*:  December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date)*:
01/12/2023

Clerk, by  M. Nguyen  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

EXHIBIT "2"

Page 13 of 31

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13.  Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14.  Judgment creditor *(name and address):*

15.  ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.              Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:   ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.              Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.              Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.              Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20.  ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "2"

Case 2:23-bk-10990-SK    Claim 11    Filed 04/04/23    Desc Main Document 2022-0504784ge 45 of
                                            61                          12/16/2022 08:53 AM Fees: $105.00
                                                                        Page 1 of 3
                                                                        Recorded in Official Records
                                                                        County of Riverside
PLEASE COMPLETE THIS INFORMATION                                        Peter Aldana
    RECORDING REQUESTED BY:                                             Assessor-County Clerk-Recorder

Procel Law, PC                                                          **This document was electronically submitted
                                                                        to the County of Riverside for recording**
AND WHEN RECORDED MAIL TO:                                              Receipted by: NORMA #248
AND MAIL TAX STATEMENTS TO:

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

_____
                                            Space above this line for recorder's use only


## Abstract of Judgment

Title of Document

**TRA:**_____

**DTT:** _____

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____


THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)


EXHIBIT "2"                                        Page 15 of 31

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | |
|---|---|
| After recording, return to:<br>Brian Procel (State Bar No. 218657)<br>PROCEL LAW, PC<br>401 Wilshire Boulevard, 12th Floor<br>Santa Monica, California 90401 | |

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

| PLAINTIFF: JOSEPH VAGO, ET AL.<br>DEFENDANT: LESLIE KLEIN, ET AL. | CASE NUMBER:<br>20STCV25050 |
|---|---|

| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS    [ ] Amended | *FOR COURT USE ONLY* |
|---|---|

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

       Name and last known address
       Leslie Klein
       322 N. June Street
       Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
       Leslie Klein
       322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

Clerk, by M. Nguyen , Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF: JOSEPH VAGO, ET AL.<br>DEFENDANT: LESLIE KLEIN, ET AL. | COURT CASE NO.:<br>20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.          Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
                                                    ☒ Unknown

Social security no. [last 4 digits]:        ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
                                                    ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
                                                    ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
                                                    ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "2"                                                Page 17 of 31

RECORDING REQUESTED BY
Procel Law, PC
AND WHEN RECORDED MAIL DOCUMENT TO:

NAME    **Brian Procel**

STREET ADDRESS    401 Wilshire Blvd., 12th Floor

CITY, STATE & ZIP CODE    Santa Monica, CA 90401

Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

**DOC# 2023-0009468**

| 01/12/2023 03:35 PM | Titles: 1 | Pages: 3 | |
|---|---|---|---|
| SAN | Fees | | $32.00 |
| | Taxes | | $ 0.00 |
| V0956 | CA SB2 Fee | | $75.00 |
| | Total | | $107.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## Abstract of Judgment

### Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective July 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

Reason for Exemption:

Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____of Official Records. (Cap. $225.00)

Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

EXHIBIT "2"

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: brian@procel-law.com; marty@procel-law.com
[×] ATTORNEY FOR  [×] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS          [ ] Amended

FOR COURT USE ONLY

1. The [×] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:
a.  Judgment debtor's
    Name and last known address

    ┌─────────────────────────────────┐
    │ Leslie Klein                     │
    │ 322 N. June Street               │
    │ Los Angeles, CA 90004            │
    └─────────────────────────────────┘

b.  Driver's license no. [last 4 digits] and state:        [×] Unknown
c.  Social security no. [last 4 digits]: 6944              [ ] Unknown
d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
    Leslie Klein
    322 N. June Street, Los Angeles, CA 90004

2. [×] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
    Joseph Vago
    c/o PROCEL LAW, PC
    401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

Date: January 11, 2023
Brian Procel
_____
(TYPE OR PRINT NAME)

4. [×] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
    a.  Date:
    b.  Instrument No.:

    _____
    (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $24,334,038.99

7.  All judgment creditors and debtors are listed on this abstract.

8.  a.  Judgment entered on *(date)*:  December 2, 2022
    b.  Renewal entered on *(date)*:

9.  [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address)*:

11. A stay of enforcement has
    a.  [×] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date)*:

12. a. [×] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date)*:
01/12/2023

Clerk, by  M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 01/11/2023 09:00 PM

EXHIBIT "2"          Page 19 of 31

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV2505 0 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

FJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

**EXHIBIT "2"**

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:

Brian Procel
PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

DOC# 2023-0009943

Jan 12, 2023  03:06 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00   (SB2 Atkins: $75.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## Abstract of Judgment

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538      FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com
[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:      [x] Unknown
   c. Social security no. [last 4 digits]:  6944      [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

Clerk, by  M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 01/11/2023 09:00 PM

EXHIBIT "2"

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.    Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address)*:
322 N. June Street
Los Angeles, CA 90004

17.    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

Page 23 of 31

Electronically Recorded Official Records
County of Ventura County
Mark A. Lunn
**Ventura County Clerk-Recorder**

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
Procel Law, PC

AND WHEN RECORDED MAIL TO:
Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

**DOC# 2022000116414**

12/16/2022
Titles: 1    Pages:  3
10:52 AM
Total Fees: $137.00
CORRAE

eRecorded by CSC/Ingeo

**LIEN NOTICE MAILED**

Abstract of Judgment

(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee
imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to
the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an
owner-occupier *or* recorded concurrently "in connection with" a transfer of real
property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are
related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
|---|

After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS (Optional): brian@procel-law.com

| [x] | ATTORNEY FOR | [x] | JUDGMENT CREDITOR | | ASSIGNEE OF RECORD |
|---|---|---|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

*FOR COURT USE ONLY*

1. The [x] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   **Lien Notice Mailed to Debtor at
   address shown. Govt Code 27297.5**

   b. Driver's license no. [last 4 digits] and state:          [x] Unknown
   c. Social security no. [last 4 digits]:                     [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401
   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*:  December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

Clerk, by  M. Nguyen  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

*Electronically Received 12/14/2022 05:20 PM*

EXHIBIT "2"          Page 25 of 31

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO. : |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.     Name and last known address
Les Klein & Associates, Inc.
14425 Ventura Blvd.
Sherman Oaks, CA 91423

**Lien Notice Mailed to Debtor at
address shown. Govt Code 27297.5**

17.     Name and last known address

Driver's license no. [last 4 digits] and state:
    ☒ Unknown

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☒ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

Summons was personally served at or mailed to *(address):*

18.     Name and last known address

19.     Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Summons was personally served at or mailed to *(address):*

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT "2"

Page 26 of 31

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
Procel Law, PC

AND WHEN RECORDED MAIL TO:
Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

eRecorded by CSC/Ingeo

**Electronically Recorded in Official Records**
**County of Ventura County**
**Michelle Ascencion**
**Ventura County Clerk-Recorder**

**DOC# 2023000002104**

01/12/2023
Titles: 1    Pages:  3
11:56 AM
Total Fees: $137.00
HERND

# LIEN NOTICE MAILED

Amended Abstract of Judgment

(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier *or* recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

CCR REC 31 Rev. 1/1/2018                    **EXHIBIT "2"**                    Page 27 of 31

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL. NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com

| ☒ ATTORNEY FOR | ☒ JUDGMENT CREDITOR | ☐ ASSIGNEE OF RECORD |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | ☒ Amended |
|---|---|

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
        Name and last known address

Leslie Klein
322 N. June Street    **Lien Notice Mailed to Debtor at**
Los Angeles, CA 90004    **address shown. Govt Code 27297.5**

b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
c. Social security no. [last 4 digits]: 6944    ☐ Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
   Leslie Klein
   322 N. June Street, Los Angeles, CA 90004

2. ☒ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

Date: January 11, 2023
Brian Procel
        (TYPE OR PRINT NAME)

4. ☒ Information on additional judgment creditors is shown on page 2.

5. ☒ Original abstract recorded in this county:
   Ventura
   a. Date: December 16, 2022
   b. Instrument No.: 2022000116414

        ▶

        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* December 2, 2022
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    David W. Slayton, Executive Officer/Clerk of Court

[SEAL]

This abstract issued on *(date):*
01/12/2023

Clerk, by    B. Portier    , Deputy

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "2"

Electronically Received 01/11/2023 09:05 PM

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV2505O |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.         Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.          **Lien Notice Mailed to Debtor at**
Sherman Oaks, CA 91423     **address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:
                                   ☒ Unknown

Social security no. [last 4 digits]:        ☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.         Name and last known address

Driver's license no. [last 4 digits] and state:
                                   ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.         Name and last known address

Driver's license no. [last 4 digits] and state:
                                   ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.         Name and last known address

Driver's license no. [last 4 digits] and state:
                                   ☐ Unknown

Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Case 2:23-ap-01147-SK   Claim 11   Filed ... ... ... ... ...
61                                                              U230002837926



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230002837926 |
| Date Filed: 1/12/2023 |

---

Submitter Information:

| | |
| --- | --- |
| Contact Name | brian procel |
| Organization Name | procel law, PC |
| Phone Number | (424) 788-4538 |
| Email Address | brian@procel-law.com |
| Address | 400 WILSHIRE BOULEVARD<br>12TH FLOOR<br>SANTA MONICA, CA 90401 |

Judgment Debtor Information:

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| leslie klein | 322 n. june street<br>los angeles, CA 90004 |
| leslie klein & associates | 14245 ventura boulevard<br>suite 301<br>sherman oaks, CA 91423 |

Judgment Creditor Information:

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| erica vago | 124 n. highland avenue<br>los angeles, CA 90036 |
| joseph vago | 124 n. highland avenue<br>los angeles, CA 90036 |

Judgment Information:

| | |
| --- | --- |
| A. Name of Court Where Judgment Was Entered | Los Angeles superior court |
| B. Title of the Action | vago v. klein |
| C. Case Number | 20STCV25050 |
| D. Date Judgment Was Entered | 12/02/2022 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

| | |
| --- | --- |
| F. Date of This Notice | 01/12/2023 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $24,334,038.99 |

---

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

---

Declaration and Signature:

| | |
| --- | --- |
| Declaration: | I am representing the legal firm that is the Attorney of Record for the Judgment Creditor. |
| Organization Name: | Procel Law, PC |

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Brian procel*                                           *01/12/2023*

Sign Here                                                 Date

EXHIBIT "2"

## **EARLY MEETING OF COUNSEL, JOINT STATUS REPORT AND STATUS CONFERENCE INSTRUCTIONS**

1.      A copy of these instructions must be attached to the copy of the complaint served upon each party, and the proof of service of the summons and complaint must indicate that such copy was served therewith.

2.      If the adversary proceeding involves money or property exceeding $10,000, or if plaintiff believes trial time will exceed 4 hours, plaintiff must serve, with the summons and complaint, a notice that compliance with Local Bankruptcy Rule 7026-1 and Federal Bankruptcy Procedure Rule 7026 is required. Plaintiff must also file a proof of service of the notice together with the proof of service of the summons and the complaint.

3.      If Local Bankruptcy Rule 7026-1 is applicable, counsel for the parties <u>MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE, AND LISTS OF WITNESSES, AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED **IN** SAID RULE. FEDERAL RULE OF CIVIL PROCEDURE 26(D DOES NOT APPLY TO THIS PROCEEDING.</u>

4.      Unless all defendants have defaulted, the parties **must** file a Joint Status Report pursuant to Local Bankruptcy Rule 7016-1(a)(2) at least 14 court days before the date of the status conference using Local Form No. F 7016-1.1. This form may be found on the Court's website, <u>www.cacb.uscourts.gov,</u> by clicking on "Forms/Rules/General Orders," then "Local Bankruptcy Rules & Forms," and scrolling down to F 7016-1.1. If Local Bankruptcy Rule 7026-1 is applicable, <u>the parties shall include in the Joint Status Report a statement that they have met to discuss settlement and have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.</u>

5.      If no response to the complaint is timely filed, plaintiff may request entry of default by the clerk or by the court pursuant to Local Bankruptcy Rule 7055-1(a). Plaintiff may also request entry of a default judgment by filing and serving an appropriate motion pursuant to Local Bankruptcy Rule 7055-1(b). These motions may be brought pursuant to Local Bankruptcy Rule 9013-1.

6.      If the parties dispute whether the adversary proceeding is "core" or "non-core," they must file points and authorities in support of their positions. See 28 U.S.C. § 157. Any party that contends the proceeding is "non-core" must file and serve its points and authorities at least 14 days before the status conference. Any response must be filed and served at least 7 days before the status conference.

7.      Unless a party objects in writing in the first Joint Status Report or the court orders otherwise, direct testimony at trial will be presented by declaration.

8.      Failure to comply with these instructions may subject the responsible party to sanctions.

9.      At the initial status conference a date may be set for further status conference, a pre-trial conference and/or for trial.

10.     Failure of counsel for any party to appear at a status conference or pre-trial conference may be considered an abandonment and the adversary proceeding may be dismissed or judgment entered against the defaulting party, without further hearing.

Sandra R. Klein
United States Bankruptcy Judge

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



**35TH ANNIVERSARY**

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*):   __SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] a WITH A COPY OF INSTRUCTIONS OF EARLY MEETING COUNSEL, JOINT STATUS REPORT AND STATUS CONFERENCE INSTRUCTIONS__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**5/19/2023**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Goe Forsythe & Hodges:: Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Plaintiff's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Goe Forsythe & Hodges: Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On ___**5/19/2023**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph Vago and Erica Vago
c/o Brian A. Procel/Procel Law, PC
401 Wilshire Blvd., 12th Fl.
Santa Monica, CA 90401

Joseph Vago and Erica Vago (Plaintiffs)
124 N. Highland Ave
Sherman Oaks, CA 91423

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___**5/19/2023**___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/19/2023 | **Peter Garza** | **/s/Peter Garza** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                          Page 3                        **F 7004-1.SUMMONS.ADV.PROC**