| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger, SBN 100291<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>E-Mail: michael.berger@bankruptcypower.com | |

Attorney for:

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Leslie Klein**<br><br>                                      Debtor(s).<br>Leslie Klein, an Individual<br><br>                                      Plaintiff(s),<br>vs<br><br>Joseph Vago, and Erica Vago, Individuals<br><br>                                      Defendant(s). | CASE NO.:2:23-bk-10990-SK<br><br>ADVERSARY NO: 2:23-ap-01147-SK<br>(if applicable)<br><br>CHAPTER: 11<br><br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.   The name(s) of the party(ies) making this Substitution of Attorney (specify):  Leslie Klein

2.   The name, address, telephone number, and email address of the new attorney are (specify):

Eric Olson
EJOlsonLaw
100 W. Broadway, #990
Glendale, CA  91210
Tel: (626) 224-5619 or (818) 502-5600
E-Mail: eric@EJOlsonLaw.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                        Page 1                                        F 2091-1.SUBSTITUTION.ATTY

3. New attorney hereby appears in the following matters: ☐ the bankruptcy case ☑ the adversary proceeding

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*):

Date: 5/22/2023

Signature of party
**Leslie Klein**
Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 5/22/2022

Signature of present attorney
Printed name of present attorney
**Michael Jay Berger**

I am duly admitted to practice in this district. The above substitution is accepted.
Date: 5/22/23

Signature of new attorney
**Eric Olson, Esq.**
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code
See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                            Page 2                                            F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): SUBSTITUTION OF ATTORNEY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___5/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ____5/22/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/22/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**