Robert P. Goe – SBN 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
RGoe@goeforlaw.com
RBello@goeforlaw.com
Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Joseph Vago and Erica Vago, Defendants

**FILED & ENTERED**

**JUN 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may       DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.  2:23-bk-10990-SK<br><br>Chapter 11 Proceeding<br><br>Adv. Case No.: 2:23-ap-01147-SK |
| LESLIE KLEIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH VAGO, and ERICA VAGO, individuals,<br><br>Defendants. | **ORDER APPROVING STIPULATION ON ORDER TO EXTEND DEADLINE OF DEFENDANTS TO RESPOND TO COMPLAINT** |

Upon consideration of the Stipulation to Extend Deadline of Defendants to Respond to Complaint between Joseph Vago and Erica Vago, defendants (<u>Defendants</u>) and Plaintiff Leslie Klein (<u>Plaintiff</u> or <u>Debtor</u>), filed June 14, 2023 as Docket No. 14 (Stipulation), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation is approved; and

///

///

///

1

2. The deadline for Defendants to respond to the First Amended Complaint is extended from June 18, 2023 to July 18, 2023.

# # #

Date: June 15, 2023

Sandra R. Klein
United States Bankruptcy Judge

2