United States Bankruptcy Court

Central District of California

Klein,
    Plaintiff

Vago,
    Defendant

Adv. Proc. No. 23-01147-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jun 15, 2023      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eric J Olson, EJOlson Law, 100 W Broadway #990, Glendale, CA 91210, UNITED STATES 91210-1233 |
| dft | + | Erica Vago, c/o Brian A. Procel, 401 Wilshire Blvd., 12 Fl, Santa Monica, CA 90401-1456 |
| dft | + | Joseph Vago, c/o Brian A. Procel, 401 Wilshire Blvd., 12th Fl, Santa Monica, CA 90401-1456 |
| pla | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Reem J Bello | on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf031 | Total Noticed: 4 |

Reem J Bello
        on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe
        on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

| | |
|---|---|
| 1 | Robert P. Goe – SBN 137019 |
|   | Reem J. Bello – State Bar No. 198840 |
| 2 | **GOE FORSYTHE & HODGES LLP** |
|   | 17701 Cowan, Suite 210, Building D |
| 3 | Irvine, CA 92614 |
|   | RGoe@goeforlaw.com |
| 4 | RBello@goeforlaw.com |
|   | Telephone: (949) 798-2460 |
| 5 | Facsimile:  (949) 955-9437 |

**FILED & ENTERED**

**JUN 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

6    Attorneys for Joseph Vago and Erica Vago, Defendants

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.  2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 Proceeding |
| Debtor. | Adv. Case No.: 2:23-ap-01147-SK |
| LESLIE KLEIN, an individual, | **ORDER APPROVING STIPULATION ON ORDER TO EXTEND DEADLINE OF DEFENDANTS TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| v. | |
| JOSEPH VAGO, and ERICA VAGO, individuals, | |
| Defendants. | |

Upon consideration of the Stipulation to Extend Deadline of Defendants to Respond to Complaint between Joseph Vago and Erica Vago, defendants (Defendants) and Plaintiff Leslie Klein (Plaintiff or Debtor), filed June 14, 2023 as Docket No. 14 (Stipulation), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation is approved; and

///

///

///

1

2. The deadline for Defendants to respond to the First Amended Complaint is extended from June 18, 2023 to July 18, 2023.

### # # #

Date: June 15, 2023

Sandra R. Klein
United States Bankruptcy Judge

2