| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954.1690<br>mkogan@koganlawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Leslie Klein | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01147-SK<br>CHAPTER: 11 |
|---|---|
| LESLIE KLEIN,<br><br>Plaintiff(s),<br>vs.<br>JOSEPH VAGO, and ERICO VAGO, individuals,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 08/09/2023<br>TIME: 9:00am<br>COURTROOM: 1575<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel.

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>
   Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown

   <u>Defendant</u>
   Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

|  Plaintiff | Defendant |
|---|---|
| Chapter 11 trustee was appointed and Leslie Klein has employed new counsel. - Unknown | Unknown as Chapter 11 Trustee was subsequently appointed after filing of the adversary proceeding. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pretrial conference ☒ is ☐ is not requested
Reasons:
To narrow issues for trial

Defendant
Pretrial conference ☒ is ☐ is not requested
Reasons:
To narrow issues for trial.

Plaintiff
Pretrial conference should be set after:
(date) 12/31/2023

Defendant
Pretrial conference should be set after:
(date) 01/22/2024

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   No settlement discussions have taken place.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff         Defendant
   ☐ Yes ☒ No       ☐ Yes ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 3                F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Chapter 11 trustee was appointed and Leslie Klein has employed new counsel.

Respectfully submitted,

Date: 07/26/2023

KOGAN LAW FIRM, APC
Printed name of law firm

/s/Michael S. Kogan
Signature

Michael S. Kogan
Printed name

Attorney for: Leslie Klein

Date: 07/26/2023

Goe Forsythe & Hodges LLP
Printed name of law firm

Signature

Robert P. Goe
Printed name

Attorney for: Defendants, Erica and Joseph Vago

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 07/26/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 07/26/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/26/2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re: LESLIE KLEIN | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Leslie Klein v Joseph Vago and Erica Vago | Adv. No. 2:23-ap-01147-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Eric J Olson eric@ejolsonlaw.com
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012