Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re<br><br>LESLIE KLEIN,<br><br>                                Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
|---|---|
| LESLIE KLEIN,<br><br>                                Plaintiff,<br><br>vs.<br><br>JOSEPH VAGO and ERICA VAGO,<br><br>                                Defendants. | Adversary No.:  2:23-ap-01147-NB<br><br>**PROOF OF SERVICE OF ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>[Relates to Docket No. 950 in Case No. 23-10990]<br><br>Principal Status Conference:<br>Date:     April 8, 2025<br>Time:    2:00 p.m.<br>Place:    Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of

California.  I am over the age of 18 and not a party to the within action; my business address is

10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.