Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
    jlucas@pszjlaw.com
    jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
| LESLIE KLEIN,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH VAGO and ERICA VAGO,<br><br>Defendants. | Adversary No.: 2:23-ap-01147-NB<br><br>**AMENDED PROOF OF SERVICE OF ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>[Relates to Docket No. 950 in Case No. 23-10990]<br><br>Principal Status Conference:<br>Date:    April 8, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

On March 14, 2025, I caused a copy of the *Order (1) Setting Status Conferences In Related Adversary Proceedings, And (2) Directing Chapter 11 Trustee To Give Notice To All Parties* to be served as indicated in the manners below:

**SERVED BY U.S. MAIL:**

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

Erica Vago
c/o Brian Procel
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401-1456

Joseph Vago
c/o Brian Procel
401 Wilshire Boulevard
12th Floor
Santa Monica, CA 90401-1456

**SERVED BY EMAIL:**

- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com; ajohnston@goeforlaw.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
- Leslie Klein   les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net: les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 14, 2025, at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown